IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| ADVANCED TRANSACTIONS, LLC,<br><br>                              Plaintiff,<br><br>        v.<br><br><br>AUTOZONE, INC.,<br><br>                      Defendant. | Case No. 6:23-cv-00270<br><br>Jury Trial Demanded |

## <u>COMPLAINT FOR PATENT INFRINGEMENT</u>

Plaintiff Advanced Transactions, LLC ("Advanced Transactions") files this Complaint against AutoZone, Inc. for infringement of United States Patent Nos. 7,065,555; 7,386,594; 7,693,950; 7,979,057; 8,150,736; 8,175,519; 9,747,608; and 10,783,529 (the "Patents-in-Suit"), and alleges as follows:

## <u>NATURE OF THE ACTION</u>

1.      This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1 *et seq.*

## THE PARTIES

2.      Advanced Transactions is a limited liability company organized under laws of the State of Georgia with its principal place of business situated at the Day Building, Suite 230, 4725 Peachtree Corners Circle, Peachtree Corners, GA 30092.

3.      On information and belief, defendant AutoZone, Inc. is a corporation organized and existing under the laws of the state of Nevada with a principal place of business at 123 South Front Street, Memphis, TN 38103.

4.      On information and belief, AutoZone, Inc. may be served with process through its registered agent, CT Corporation System, 1999 Bryan Street, Suite 900, Dallas, Texas 75201 or anywhere it may be found.

5.      The AutoZone Company, Inc. has been authorized to do business in the State of Texas and the Western District of Texas since at least April 21, 2016 under Texas SoS File Number 0802441521.

6.      On information and belief, AutoZone, Inc. (hereinafter "AutoZone" or "Defendant") sell and offer to sell products and services throughout Texas, including in this judicial district, as well as throughout the United States, and introduces products and services that perform infringing processes into the stream of commerce knowing that they would be used, offered for sale, or sold in this judicial district and elsewhere in the United States.

7.      On information and belief, AutoZone has made, used, offered to sell and/or sold products and services, including the following specifically accused

2

products and services: (1) AutoZone Marketing Emails;[1] (2) AutoZone Mobile Apps;[2] (3) AutoZone Gift Cards and e-Gift Cards;[3] (4) the AutoZone website;[4] (5) AutoZone online shopping services; [5] (6) AutoZone in-store shopping services;[6] (7) AutoZone Rewards;[7] (8) current or legacy products or services, which use, or have used, one or more of the foregoing products and services as a component product or component service; (9) combinations of products and/or services comprising, in whole or in part, two or more of the foregoing products and services; and (10) all other current or legacy products and services imported, made, used, sold, or offered for sale by AutoZone that operate, or have operated in a substantially similar manner as the above-listed products and services. (As used herein, one or more of the forgoing products and services are individually and collectively referred to as the accused "AutoZone Marketing Products and Services").

8.     On information and belief, AutoZone, as well as the hardware and software components comprising the AutoZone Marketing Products and Services

---

[1] *See* https://www.autozone.com/lp/termsAndConditions#policyScope.

[2] *See e.g.,* https://apps.apple.com/us/app/autozone/id375381161 and https://play.google.com/store/apps/details?id=com.autozone.mobile&hl=en_US.

[3] *See* https://www.autozone.com/giftCard.

[4] *See* https://www.autozone.com/.

[5] *See* https://www.autozone.com/cart.

[6] *See, e.g.,* https://www.autozone.com/locations.

[7] *See, e.g.,* https://www.autozone.com/rewards.

and/or that enable the AutoZone Marketing Products and Services to operate, including but not limited to servers, server software, webserver software, webserver hardware, email server hardware, email server software, website client software, mobile computing device client application software, networked communications hardware, network routers, network switches, network hubs, WIFI access point hardware, WIFI access point software, point-of-sale hardware, point-of-sale software, back-end hardware, back-end software, cloud-based software, cloud-based hardware, and other hardware and software computing systems and components (individually and collectively referred to herein as the accused "AutoZone Marketing System"), infringes (literally and/or under the doctrine of equivalents) at least one claim of each of the Patents-in-Suit.

## JURISDICTION AND VENUE

9.      This Court has personal jurisdiction over AutoZone because it committed and continues to commit acts of infringement in this judicial district in violation of 35 U.S.C. §§ 271(a). In particular, on information and belief, AutoZone has made, used, offered to sell access to, and/or sold access to the accused AutoZone Marketing Products and Services in the Western District of Texas, and has made, used, offered to sell access to, and/or sold access to the AutoZone Marketing System in the Western District of Texas.

10.      On information and belief, AutoZone is subject to the Court's jurisdiction because it regularly conducts and solicits business, or otherwise engages in other persistent courses of conduct in this judicial district, and/or derives substantial revenue

from the use, sale, and distribution of goods and services, including but not limited to the accused AutoZone Marketing Products and Services provided to individuals and businesses in the Western District of Texas.

11.      On information and belief, AutoZone infringes the patent-in-suit in the Western District of Texas, at least, by making, using, offering to sell access to, and/or selling access to the accused AutoZone Marketing Products and Services in the Western District of Texas, and its making, use, offering to sell access to, and/or selling access to the AutoZone Marketing System.

12.      On information and belief, AutoZone is an automotive parts and repair store in America and operates some 6,234 stores across all 50 United States and its territories.

13.      Indeed, on information and belief, AutoZone operates at least 685 retail stores in the State of Texas alone, more than any other state, *see* https://www.autozone.com/locations/ and https://www.autozone.com/locations/tx.html with retail stores throughout this judicial district, including in Waco, Temple, El Paso, Austin, Georgetown, Cedar Park, Round Rock, San Angelo, San Marcos, San Antonio, Midland, and Odessa, among others.

14.      On information and belief, the accused AutoZone Marketing Products and Services and/or the AutoZone Marketing System are made, used, sold and offered for

sale by AutoZone, or its agents, at AutoZone retail stores, including those retail stores located in the Western District of Texas.

15.     On information and belief, AutoZone customers located in the Western District of Texas have obtained access to and used the accused AutoZone Marketing Products and Services and/or the AutoZone Marketing System while located in the Western District of Texas.

16.     The Court has personal jurisdiction over AutoZone at least because it has continuous business contacts in the State of Texas and in the Western District of Texas; AutoZone has engaged in business activities including transacting business in the Western District of Texas and purposefully directing its business activities, including the sale or offer for sale of the AutoZone Marketing Products and Services to the Western District of Texas to aid, abet, or contribute to the infringement of third parties in the Western District of Texas.

17.     This Court has personal jurisdiction over AutoZone because, *inter alia*, AutoZone, on information and belief: (1) has committed acts of patent infringement in this Western District of Texas; (2) maintains a regular and established place of business in the Western District of Texas; (3) has substantial, continuous, and systematic contacts with this State and the Western District of Texas; (4) owns, manages, and operates facilities in this State and the Western District of Texas; (5) enjoys substantial income from its operations and sales in this State and the Western District of Texas; (6) employs Texas residents in this State and the Western District of Texas, and (7) solicits business

using the AutoZone Marketing Products and Services and AutoZone Marketing System

in this State and the Western District of Texas.

18.    On information and belief, AutoZone solicits Texas-based customers for

its infringing products and services, including AutoZone's Marketing Products and

Services in the State of Texas and in this Judicial District.



*See e.g.*, https://www.autozone.com/create.

   19.  On Information and belief, AutoZone indirectly infringes the patents-in-suit in the State of Texas, including but not limited to within this Judicial District, through its Marketing Products and Services to customers located in the State of Texas and this Judicial District.



20.     Venue is proper pursuant to 28 U.S.C. §§ 1391(b), (c), (d) and/or 1400(b), at least because AutoZone, has committed acts of infringement in this judicial district, and has regular and established places of business in this judicial district.

## AutoZone's Prior Knowledge of the Patents-in-Suit

20.     On or about August 17, 2022, counsel for Advanced Transactions sent a letter (the "August 2022 Letter") via email and FedEx to Ms. Kristen C. Wright, in her role as Senior Vice President, General Counsel & Secretary of AutoZone.  The August 2022 Letter was sent to AutoZone, along with a draft of the instant Complaint, for the express purpose of acquainting AutoZone with Advanced Transactions's patent portfolio, including but not limited to Patents-in-Suit, prior to any enforcement action relating to its past and future use, related to AutoZone's Marketing Products and Services, and invited AutoZone to participate in discussions regarding a license to allow its continued use of Advanced Transactions' patented technologies.

21.     On information and belief, on or about August 17, 2022, Ms. Wright received a copy of the August 2022 Letter via email on behalf of AutoZone.

22.     As of the date of the filing of the instant Complaint, neither AutoZone nor Ms. Wright have responded to the August 2022 Letter.

23.     On information and belief, at all times from August 2022 to the filing of the instant Complaint, Ms. Wright has held the office of Senior Vice President, General Counsel & Secretary of AutoZone.

## United States Patent No. 7,065,555

21.     On June 20, 2006, the USPTO duly and legally issued United States Patent No. 7,065,555 ("the '555 patent") entitled "System and Method Related to Generating and Tracking an Email Campaign" to inventors Michael G. Foulger, Thomas R. Chipperfield, Jeremy S. Cooper, and Andrew C. Storms.

22.     The '555 patent is presumed valid under 35 U.S.C. § 282.

23.     Advanced Transactions owns all rights, title, and interest in the '555 patent.

24.     Advanced Transactions has not granted AutoZone an approval, an authorization, or a license to the rights under the '555 patent.

25.     The '555 patent relates to, among other things, a method and system for generating and tracking an email campaign.

26.     The claimed invention(s) of the '555 patent sought to solve problems with, and improve upon, existing marketing and market research and analysis systems. For example, the '555 patent states:

> The ability to market a product or service to individuals who are accessible on the Internet is becoming increasingly important. Effective ways of contacting these individuals are being sought. For instance, to market to these individuals, email may be sent to the individuals over the Internet, to provide information related to the product or service. Email systems exist today for sending email to a target set of email addresses for purposes such as marketing, information acquisition, and otherwise. A system for sending email to a number of email targets for such purposes may be called an email campaign.

> Present email campaigns may suffer from difficulties in locating a pool of relevant individuals to be contacted. In a small email campaign, each email sent is critical to the success of the campaign, and needs to be carefully created. In other situations, large numbers of individuals to be contacted may have been found.

This may result in increased difficulty in tailoring the large number of required email messages to the individuals for more effective contact.

Furthermore, once an email campaign has been initiated, difficulties in measuring success of the email campaign are presented. Effective ways for determining whether email recipients have received email from the email campaign have been sought. Also, effective ways for allowing the email recipients to provide feedback have also been sought. It may be desirable for the email recipients to be able to respond with feedback, and for the quantity and content of the responses to be monitored and tracked.

*See* '555 Specification at col. 1, ll. 15-43.

27.     The '555 patent then states:

In light of the foregoing, what is needed is an efficient way to create and track a email campaign.

*See* '555 Specification at col. 1, ll. 44-45.

28.     The invention(s) claimed in the '555 patent solves various technological problems inherent in the then-existing existing marketing and market research and analysis systems to, among other things, function more efficiently.

### United States Patent No. 7,386,594

29.     On June 10, 2008, the USPTO duly and legally issued United States Patent No. 7,386,594 ("the '594 patent") entitled "System and method related to generating an email campaign" to inventors Michael G. Foulger, Thomas R. Chipperfield, Jeremy S. Cooper, and Andrew C. Storms.

30.     The '594 patent is presumed valid under 35 U.S.C. § 282.

31.     Advanced Transactions owns all rights, title, and interest in the '594 patent.

32.     Advanced Transactions has not granted AutoZone an approval, an authorization, or a license to the rights under the '594 patent.

33.     The '594 patent relates to, among other things, a method and system for generating an email campaign.

34.     The specification of the '594 patent is the same as the '555 patent specification, and solves the problems recited above and described in the '555 patent specification.

### United States Patent No. 7,693,950

35.     On April 6, 2010, the USPTO duly and legally issued United States Patent No. 7,693,950 ("the '950 patent") entitled "System and Method Related to Generating and Tracking an Email Campaign" to inventors Michael G. Foulger, Thomas R. Chipperfield, Jeremy S. Cooper, and Andrew C. Storms.

36.     The '950 patent is presumed valid under 35 U.S.C. § 282.

37.     Advanced Transactions owns all rights, title, and interest in the '950 patent.

38.     Advanced Transactions has not granted AutoZone an approval, an authorization, or a license to the rights under the '950 patent.

39.     The '950 patent relates to, among other things, a method and system for generating and tracking an email campaign.

40.     The specification of the '950 patent is the same as the '555 patent specification, and solves the problems recited above and described in the '555 patent specification.

**United States Patent No. 7,979,057**

41.     On July 12, 2011, the USPTO duly and legally issued United States Patent No. 7,979,057 ("the '057 patent") entitled "Third-Party Provider Method and System" to inventors Luis M. Ortiz and Kermit D. Lopez.

42.     The '057 patent is presumed valid under 35 U.S.C. § 282.

43.     Advanced Transactions owns all rights, title, and interest in the '057 patent.

44.     Advanced Transactions has not granted AutoZone an approval, an authorization, or a license to the rights under the '057 patent.

45.     The '057 patent relates to, among other things, novel marketing and commercial transaction systems.

46.     The claimed invention(s) of the '057 patent sought to solve problems with, and improve upon, existing marketing and merchandizing systems. For example, the '057 patent states:

> The present invention is generally related to electronic hand held devices (hereinafter referred to as "hand held devices") and electronic commerce ("E-commerce"). The present invention is also related to hand held devices, such as a Personal Digital Assistant (PDA), wireless telephone, pager, or other mobile computing and storage device adapted for use in E-commerce. The present invention is also related to wireless and wireline computer networks. The present invention is additionally related to the fields of electronic cash, credit, award, incentive, and/or product management usable with/for retail establishments, organizations, and customers. The present invention is also related to merchandising systems and systems for generating and redeeming negotiable economic credits and/or data (e.g., electro[nic] product discount coupons and other negotiable economic credits, such as enterprise awards, cash, credit, etc.).

*See* '057 Specification at col. 1, ll. 18-33.

47.     The '057 patent then states:

The recent shift in the consumer electronics industry from an emphasis on analog technology to a preference for digital technology is largely based on the fact that the former generally limits the user to a role of a passive recipient of information, while the latter is interactive and allows the user to control what, when, and how he or she receives and manipulates certain information.

This shift in focus has resulted in the development and increasingly widespread use of, for example, a hand held digital device generically referred to as a "personal digital assistant" (PDA). These hand held devices are becoming increasingly popular for storing and maintaining information. Hand held devices, such as PDAs, may be connected to a desktop personal computer, networks or other PDAs via infrared, direct wire, or wireless communication links.

*See* '057 Specification at col. 1, ll. 35-49.

48.     The '057 patent then states:

PDAs are increasingly being utilized to access information from remote computer networks, such as the "World Wide Web" and the "Internet," both terms well known in the computer networking arts. PDA users can, for example, download e-mail from the Internet to the PDA. Web sites also exist that permit PDA users to access and download software that may be run on the PDA. For example, some web sites offer information to PDAs in the form of compressed news articles, stock quotes, and other data obtained from a wide variety of other electronic web-based sources.

Based on the foregoing, it can be appreciated that a large number of users of hand held devices, such as PDAs, pagers and mobile telephony are increasingly relying on such devices to maintain and transmit a variety of personal and business information.

*See* '057 Specification at col. 2, ll. 13-27.

49.     The '057 patent then states:

Discount coupons have long been distributed by manufacturers to merchandise their products and by retail stores or establishments to attract consumers to their particular stores. Discount coupons are a type of negotiable economic credit frequently utilized by enterprises for marketing products and services to the

public. Enterprise awards, such as frequent flyer miles, are also negotiable economic credits relied upon by enterprises for marketing purposes.

Coupons are typically distributed to attract customers to engage in commercial transactions. Such coupons are effective if utilized by a sufficiently high percentage of customers. Utilizing this gauge, free-standing inserts are not very effective. Their redemption rate is presently approximately 2.8 percent and dropping.

Typically, coupons are physically collected at stores and credit is provided to the customer purchasing the corresponding product. The coupons are generally bundled and forwarded to a clearing house and then to a redemption center for sorting and counting. Reports are eventually forwarded to the manufacturers issuing the coupons in order to eventually generate a credit to the stores redeeming the coupons. It may unfortunately take several months before a store is reimbursed for coupons under present coupon redemption/processing methods.

Another problem with coupons is a significant misredemption rate of between 20 and 30 percent as a result of misidentification and outright fraud. The misredemption problem is exacerbated by the enormous amount of time, usually a number of months, that it takes to reimburse the retail stores for the discount given the customer.

*See* '057 Specification at col. 2, ll. 28-57.

50.    The '057 patent then states:

Attempts have been made to address such problems. Such attempts, however, have resulted in additional problems, while not fully addressing the problems described above. For example, some companies have implemented a product specific micro-marketing system tied to a product point of selection and proprietary hardware in the form of an alerting platform attached to a grocery cart. A consumer within a retail establishment presses a button on the grocery cart alerting platform to select an electronic coupon when a coupon is graphically displayed at the exact product location within the retail establishment. The customer and the cart must be located at the point of selection to access the coupon. Such a micro-marketing system is proprietary in nature and requires a customer to retrieve a coupon only from the point of selection within the store. Thus, because of the proprietary nature of the system, the coupons, the alerting platform and other proprietary hardware cannot be utilized at other retail establishments. Further, the enterprise associated with the retail establishment is burdened by the maintenance, replacement, and repair of the proprietary hardware attached to the

retail establishment's shopping carts due to use, abuse, the weather and so forth. Other systems known in the art utilize smart cards and card readers/writers at point of product selection for obtaining coupon data. Such systems, however, force the user to retrieve data at the point of product selection (*i.e.* point of selection), thereby tying their shopping activities to a proprietary system.

Accordingly, alternatives are needed to traditional mass marketing and couponing techniques, and proprietary, point of selection type systems. A need exists for non-, or solely-, proprietary, based systems that are flexible, efficient and consumer friendly. Further a need exists for credit devices that are not completely owned by the enterprise or retail establishment, but owned by the customers themselves and which can be utilized at other retail establishments and enterprises. Such a device and associated systems and methods, should be ubiquitous in nature to avoid the problems inherently associated with prior micro-marketing systems.

It has become apparent to the present inventors that the ability to acquire, store and use negotiable economic credits, such as coupons, on hand held devices would free users of the time consuming tasks of clipping, organizing and redeeming traditional paper coupons or credits (*e.g.*, frequent flier redemption via paper-based request), and the problems associated with proprietary micro-marketing systems. It has also become apparent to the present inventors that for merchandisers and manufacturers, such hand held devices could be utilized to effectively market, compile and negotiate credit exchanges/redemption much more efficiently than the traditional paper processing methods or proprietary-based micro-marketing systems and methods.

*See* '057 Specification at col. 2, l. 58 - col. 3, l 43.

51.     The '057 patent then states:

It is believed that aspects of the invention presently described herein solve the traditional problems associated with negotiable economic credits, including coupons, cash, credit and enterprise awards, and the problems associated with proprietary-based marketing systems thereof, while addressing an area of user control that has not yet been considered, anticipated, or utilized by coupon/credit merchandisers and manufacturers, namely, the increasing number of individuals who rely on hand held devices, such as PDAs, to maintain and store personal and business information.

*See* '057 Specification at col. 3, ll. 44–53.

16

52.     The invention(s) claimed in the '057 patent solves various technological problems inherent in the then-existing marketing and merchandizing systems to, among other things, (1) function more efficiently, (2) allow customers to become more actively engaged in retail marketing campaigns, (3) reduce the complexity, costs, and other problems associated with prior art marketing and merchandizing systems, (4) improve the security inherent in prior art marketing and merchandizing systems, and (5) improve accessibility and adoption of marketing and merchandizing systems over prior art marketing and merchandizing systems.

**United States Patent No. 8,150,736**

53.     On April 3, 2012, the USPTO duly and legally issued United States Patent No. 8,150,736 ("the '736 patent") entitled "Global Electronic Commerce System" to inventors Michel Horn and Thomas Scott Manaugh.

54.     The '736 patent is presumed valid under 35 U.S.C. § 282.

55.     Advanced Transactions owns all rights, title, and interest in the '736 patent.

56.     Advanced Transactions has not granted AutoZone an approval, an authorization, or a license to the rights under the '736 patent.

57.     The '736 patent relates to, among other things, a novel electronic shopping system.

58.     The claimed invention(s) of the '736 patent sought to solve problems with, and improve upon, existing electronic shopping systems. For example, the '736 patent states:

The field of this invention is global sale of products and services using electronic means of (a) communications, (b) data storage and retrieval, (c) taking of orders, (d) fulfillment, (e) transfers of payments, and (f) providing customer service after the sale. Both business-to-business and business-to-consumer sales are effectuated.

*See* '736 Specification at col. 1, ll. 21-26.

59.     The '736 patent then states:

The present invention is a system for use by even small manufacturers to meet a long-felt need to sell their products to Buyers around the world. The term "manufacturers" is meant to include manufacturers or authorized distributors for manufacturers; and the term "Buyers" is meant to include both individuals and organizations, including other manufacturers.

A complete system, termed a Global Store, is disclosed, a system that overcomes barriers to global trade of language, culture, and nationality. The Global Store integrates communications and database software technologies, hardware infrastructure, and operating methods to market and sell products from manufacturers around the globe to Buyers in a multitude of locales around the globe. Stated another way, The Global Store assembles and operates various subsystems to provide the infrastructure for manufacturers to use a new channel of global commerce, a Virtual Channel.

*See* '736 Specification at col. 1, ll. 27-43.

60.     The '736 patent then states:

A confluence of recognized needs and new technologies now sets the stage for a revolutionary change in how manufacturers bring their products to markets around the world.

Advances in communications and information technology and their associated standards have made geography a much less salient factor in trade than in prior years. Electronic communications at the speed of light enables one to purchase a product on the other side of the world as quickly as across the street—even more quickly should one decide to walk across that street to make the purchase. Furthermore, increasing use of English as a *de facto* language of commerce and increasing access to good, real-time translation technology will inevitably lower language barriers.

The Global Store system, described here, is a method that integrates revolutionary and evolutionary developments into a new system of global trade in the Virtual Channel. Only in the very recent past have the following compelling trends and powerful developments conjoined to permit the construction and operation of a complete and integrated system of global trade to meet long-felt needs:

1) a quickly growing population of Internet users around the world who are ready to shop online 24 hours per day and 365 days per year,

2) Websites to provide specialized functions such as online payments, online currency conversion tables, universal tax tables, and parcel tracking,

3) third-party fulfillment services to support regional and global distribution,

4) "pull" online marketing that allows customers greater opportunities to customize the products they purchase, as compared with the "push" marketing of ready-made products that is characteristic of brick-and-mortar retail channels,

5) international agreements to eliminate tariffs on imports,

6) globalization of sources of supply,

7) efficiencies and economies of scale resulting from consolidation of marketing functions across markets,

8) establishment of ubiquitous delivery services,

9) availability of escrow services to assuage concerns of online Buyers about completing purchases after shopping baskets are filled,

10) growth in telecommuting to work and in home-based internet businesses, allowing participants to avoid driving and, thereby, less occasion to stop at brick-and-mortar stores to shop,

11) increased global travel and increased access to information from around the world using wide-band communications, thereby increasing interest in products from far-away locales,

12) consolidation of warehousing and distribution centers for quicker and more efficient fulfillment of orders,

13) manufacturers' need to retain brand control by offering increasing levels of customer support from a single point,

14) technology to implement Web-based multi-language global marketing systems using newly invoked international standards, locale-specific stored SQL procedures, integrated multi-locale Web-based relational data bases, and Unicode, and

15) integration of manufacturers' Business-to-Consumer sales with their Business-to-Business strategies for procuring supplies, offering a means to couple direct online customer sales with procurements, thus completing the transition to a completely integrated "Pull" model: A custom product is created to satisfy a Buyer's needs, and suppliers are enabled to provide necessary Business-to-Business products and services on a timely basis.

*See* '736 Specification at col. 2, l. 16 - col. 3, l. 17.

61.     The '736 patent then states:

Pent-up pressures for globalization have produced numerous examples of conventional e-commerce businesses attempting to expand globally. These businesses generally meet the challenge to provide information in multiple languages and across cultures by cloning Websites from one locale to another—reproducing some of the design of the original Website and some of the content. This multi-headed e-commerce approach is a crude interim step that fails to meet the emerging needs of manufacturers who desire global sales. Loss of the efficiencies and economies of a truly global approach make the prices of their products less competitive than should be possible, and there is the additional problem of entering and maintaining current and accurate information across multiple databases.

In conventional e-commerce it is not uncommon for the unscrupulous to sell brand name goods through Websites when they are not authorized to do so. In response, manufacturers desire to maintain better control of prices, marketing information about their products, sales, fulfillment, and customer service—all in a global context and, ideally, from a single integrated site.

Buyers are reluctant to make international purchases when they fear that they will have no practical recourse if they pay for a product but either do not receive it or find the product is not acceptable. What is needed for a hesitant Buyer is an escrow service that will complete settlement only after the product has been successfully delivered and the Buyer is satisfied.

Many conventional e-commerce Websites have sought to sell products globally, but few if any have made a serious commitment to globalization by providing good translations in multiple languages. (So far, machine translations are so lacking in accuracy and idiomatic expression that they are likely to inspire mirth rather than confidence in a Buyer.) Furthermore, no site offers products of a multitude of manufacturers along with customer support across more than one language, support that is needed for Buyers to be well informed about international shipping, duties, warranties, currency conversion, repair centers, and other issues important to Buyers.

Conventionally, for both e-commerce and brick-and-mortar businesses, separate databases are established to support production, marketing, sales, and accounting. Information changes in one business database often are not reflected in all of the other databases. Further information vital to a customer, such as parcel tracking, would require leaving the e-commerce site to access such a service on yet another system. Customer support is critically lacking in brick-and-mortar businesses and also is missing in most e-commerce businesses. What is missing is the ability to place in the hands of the customer the ability to go to a single location and, interactively, to obtain an answer to a question pertaining to a product or to an order.

Departing from conventional e-commerce approaches, the ideal e-commerce model, from the manufacturers' viewpoint, is to sell globally using a system allowing

1)  a single database of product descriptions in common format to be translated for Buyers across different languages,

2)  Buyers to come to a single, authorized Global Store with a single Web URL address,

3)  global sales across many locales using an information system operating in a multitude of languages to provide product information assembled for each specific locale,

4)  a generalized, reliable approach to shipping, currency conversion, settlements, and customer support,

5)  global sales without losing brand control,

6)  minimal delays in bringing new products to market or old products to new markets,

7) the manufacturer to take orders for custom-made products, using a "pull" method,

8) fulfillment from a plurality of strategically-located fulfillment centers around the Globe, and

9) Buyers to get information on the Buyers' transaction history and to find links to manufacturer's support from a single Website.

*See* '736 Specification at col. 3, l. 18 - col. 4, l. 26.

62.    The '736 patent then states:

The Global Store system uses a multi-version database to provide a new way of providing language/locale-specific marketing information and sales of products to Buyers around the globe. Prior art, as seen in patents cited below, provide opportunities for Buyers to (a) view a product and be referred to a seller or (b) view and purchase a product over the Internet, with or without use of a referrer Website. However, no prior art takes advantage of (a) multi-version, locale-specific innovations in marketing, (b) use of Referral Websites from a multitude of locales, combined with (c) other Ancillary Resources to offer truly global sales over the Internet.

*See* '736 Specification at col. 4, ll. 51-61.

63.    The '736 patent then states:

Prior art has not solved the problem of marketing globally from a single-point. Major players in global e-commerce (*e.g.*, AOL, Yahoo, and Amazon) have adopted a country-by-country or a region-by-region strategy in order to adapt to Buyers' languages and cultures.

In a statement quoted in a Wall Street Journal article, 8/01/2000, a Yahoo executive declared that Yahoo would consider itself unsuccessful if Yahoo were considered an American company two years from then. Yahoo and other e-commerce companies have discovered that their widely recognized brand names are, in themselves, not sufficient for attracting global e-commerce business. Buyers have been found, however, to be attracted to e-commerce sites that cater to local interests and culture. Stated another way, Buyers are more comfortable and confident about buying from a business they do not perceive as foreign.

Needed is a system to provide culture-sensitive and language-adapted marketing, sales, and customer service content to Buyers, doing so in a way that takes

advantage of the efficiencies and economies of using a single point of operations. Prior art, described as follows, fails to meet that criterion:

*See* '736 Specification at col. 4, l. 63 – col. 5, l. 18.

64.     The '736 patent then states:

Also disclosed are other innovations not seen in the Wong patent, the Chelliah *et al* patent, or in other prior art:

> (1) a clear and efficient way to categorize products to be displayed to Buyers,
>
> (2) an order-taking shopping cart subsystem that encourages Buyers to complete a purchase transaction by keeping products selected for purchase in the Buyer's view and by interactively involving the Buyer in a purchasing process, and
>
> (3) a means to provide comprehensive customer service information from a single convenient point.

Accommodating Buyers using a diversity of languages and additional needed innovations are discussed below in the context of related prior art.

*See* '736 Specification at col. 5, l. 53-67.

65.     The '736 patent then states:

By placing marketing information about products in the Global Store with its multi-language, single, logical, searchable database, a manufacturer can engage in marketing efforts worldwide on the Internet in a multitude of different languages and adapted to various cultures and countries. It has become obvious during the past several years that manufacturers around the world need a global marketing method in order to stay competitive and to optimize their profitability. Use of the Global Store will allow manufacturers advantageously to meet their long felt need to tap into the global market to expand their customer bases, increase sales, and benefit from economies of scale.

Furthermore, use of marketing resources in the Global Store meets the objective for manufacturers to access global marketing efforts without losing control over their marketing—place, presentation, price, promotions, and policies of service. Thereby, manufacturers may build a worldwide brand name based on authentic products, ethical representations, fair prices, and good service to Buyers.

*See* '736 Specification at col. 13, l. 3-22.

66.     The '736 patent then states:

Another object of this invention is to provide manufacturers with a much more efficient and responsive feedback mechanism for adjusting marketing and production schedules. For example, immediate feedback that a new line of skis was selling briskly in South America during May would prompt a ski manufacturer to start adding marketing and production resources for the new line's introduction to Buyers in North America in October.

Another object of the Global Store is to provide better controls over quality of products and services. A complete system of controls spans the Virtual Channel from start (adding a manufacturer's product into a global, multi-version product database) to end (the expiration of an escrow period during which a Buyer may request a refund if a delivered product is not satisfactory).

Another object of the Global Store is to help manufacturers satisfy Buyers' needs for customer service. In order to serve as an alternative to use of the Legacy Channel, the Global Store matches and, where possible, exceeds the level of service that Buyers find in the Legacy Channel.

*See* '736 Specification at col. 13, ll. 23-43.

67.     The '736 patent then states:

Another object of this invention is for manufacturers to be able to provide Buyers with adequate information to make buying decisions. Many prospective Buyers will not complete a transaction unless they know not only the cost of the item but also the total price, including shipping fees, *etc.* The present invention overcomes this barrier by providing a comprehensive, integrated system whereby Buyers from all over the world can get complete information about product, price (stated in the Buyer's currency), and delivery prior to making the buying decision. Furthermore, the use of a single marketing information database allows the manufacturer easily to control and communicate accurate information about product availability in inventory, service availability, warranties, and return policies.

Another object of this invention is to improve the probability a Buyer will complete a purchase transaction after the Buyer has selected a product for purchase. With conventional art, products are placed in a "shopping cart." Unfortunately, that cart often is later abandoned with no purchase made. The invention disclosed here

24

includes an improved shopping cart design, an improvement that facilitates a Buyer's decision to complete a purchase transaction by

>    1)    establishing immediately an interactive relationship with the Buyer by opening a new frame that shows a shopping cart (titled "Open-Frame Interactive Shopping Cart") and asking the Buyer to answer certain questions that appear in the frame before the Buyer proceeds to checkout or returns to shopping,

>    2)    maintaining interactive contact by with the Buyer by keeping a minimized, restorable shopping cart visible on the Buyer's computer screen during the entire time when the Buyer is viewing products after a product has been selected,

>    3)    providing total costs for a purchase, including shipping charges, immediately after the Buyer has selected a product, and

>    4)    prominently offering the option for the Buyer of making an immediate purchase.

An important advantage here is the immediate assumption that the purchase will be made plus the visual reminder that the Buyer has made a selection and that the product is ready for purchase. This approach overcomes the disadvantage of prior art in which the Buyer is implicitly told that the Buyer need only "think about" completing the purchase "later." That implicit message is poor sales technique. It is best to have the Buyer complete the transaction as soon as possible, before the Buyer forgets about the perceived benefits of the product, gets distracted, or hesitates because of second thoughts.

*See* '736 Specification at col. 13, l. 57- col. 14, l. 37.

68.    The '736 patent then states:

The invention disclosed here includes an efficient universal method of organizing and displaying product categories for selection by Buyers. Using sequential drop-down menus and a clearly organized hierarchy, a Buyer quickly and intuitively navigates among thousands of possible categories of products to select a desired category. The process is easily understood, powerful, and efficient.

*See* '736 Specification at col. 14, ll. 44-50.

69.     The invention(s) claimed in the '736 patent solves various technological problems inherent in the then-existing electronic shopping systems to, among other things, (1) function more efficiently; (2) increase the pool of customers who interact with such systems; (3) overcome barriers to transaction carried out by such systems related to language, culture, and nationality; (4) establish new or improved integrations within such systems related to communications, databases, and hardware subsystems; (5) improve the methods by why such systems market and sell products; (6) help such systems to leverage economies of scale and become more competitive; (7) allow such systems to provide more timely and accurate information; (8) improve the comfort, confidence, and trust amongst customers and potential customers of such systems; (9) streamline and better coordinate the operations of such systems with respect to customer support, marketing, sales, shipping, and accounting; (10) improve brand control within such systems; (11) expand the selection of products available for purchase through such systems; (12) improve the order-taking processes of such systems; (13) accommodate a broader range of customers and potential customers using such systems; (14) increase sales through the use of such systems; (15) improve the quality, organization, and presentation of information accessible to the customers and potential customers of such systems; (16) improve the probability that a customer or potential customer will complete a purchase transaction through such systems; and (17) reduce the complexity, costs, and other problems associated with such systems.

### United States Patent No. 8,175,519

70.     On May 8, 2012, the USPTO duly and legally issued United States Patent No. 8,175,519 ("the '519 patent") entitled "Third-Party Provider Method and System" to inventors Luis M. Ortiz and Kermit D. Lopez.

71.     The '519 patent is presumed valid under 35 U.S.C. § 282.

72.     Advanced Transactions owns all rights, title, and interest in the '519 patent.

73.     Advanced Transactions has not granted AutoZone an approval, an authorization, or a license to the rights under the '519 patent.

74.     The '519 patent relates to, among other things, novel marketing and commercial transaction systems.

75.     The specification of the '519 patent is the same as the '057 patent specification and addresses and solves the problems recited above and described in the '057 patent specification.

### United States Patent No. 9,747,608

76.     On August 29, 2017, the USPTO duly and legally issued United States Patent No. 9,747,608 ("the '608 patent") entitled "Third-Party Provider Method and System" to inventors Luis M. Ortiz and Kermit D. Lopez.

77.     The '608 patent is presumed valid under 35 U.S.C. § 282.

78.     Advanced Transactions owns all rights, title, and interest in the '608 patent.

79.     Advanced Transactions has not granted AutoZone an approval, an authorization, or a license to the rights under the '608 patent.

80.     The '608 patent relates to, among other things, novel marketing and commercial transaction systems.

81.     The specification of the '608 patent is the same as the '057 patent specification and addresses and solves the problems recited above and described in the '057 patent specification.

### United States Patent No. 10,783,529

82.     On September 22, 2020, the USPTO duly and legally issued United States Patent No. 10,783,529 ("the '529 patent") entitled "Third-Party Provider Method and System" to inventors Luis M. Ortiz and Kermit D. Lopez.

83.     The '529 patent is presumed valid under 35 U.S.C. § 282.

84.     Advanced Transactions owns all rights, title, and interest in the '529 patent.

85.     Advanced Transactions has not granted AutoZone an approval, an authorization, or a license to the rights under the '529 patent.

86.     The '529 patent relates to, among other things, novel marketing and commercial transaction systems.

87.     The specification of the '529 patent is the same as the '057 patent specification and addresses and solves the problems recited above and described in the '057 patent specification.

### CLAIMS FOR RELIEF

## <u>Count I – Infringement of United States Patent No. 7,065,555</u>

88.     Advanced Transactions repeats, realleges, and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

89.     On information and belief, AutoZone (or those acting on its behalf) made, used, sold, imported and/or offered to sell the AutoZone Marketing Products, and Services; and made, used, sold, sold access to, imported, offered to sell and/or offered to sell access to the AutoZone Marketing System in the United States that infringed (literally and/or under the doctrine of equivalents) at least claim 1 of the '555 patent.

90.     On information and belief, one or more components of the AutoZone Marketing System (*e.g.*, an email server operated by AutoZone) employs and provides a method for conducting an email campaign.





*See e.g.,* screenshots of personalized email received from AutoZone email server.

## AUTOZONE PRIVACY POLICY

AutoZone Privacy Policy - Spanish Version

Last Modified: December 30, 2022 - Effective Date: December 30, 2022

AutoZone knows that you care how your information is used and shared. As part of our commitment to customer service, AutoZone strives to make you feel safe and comfortable doing business with us. While operating our business and interacting with you, we collect, use, and share personal information. We do so to process and fulfill your orders, to improve our in-store and digital offerings, to create consistent in-store and digital experiences for you, to protect the rights and information of our customers and our company, and for the other purposes disclosed in this Privacy Policy. AutoZone reserves the right to modify this Privacy Policy at any time in our sole discretion. If you have any questions, please contact us via the channels listed below.

### Scope of This Policy

This Privacy Policy describes the privacy practices of AutoZone, Inc. and its subsidiaries, affiliates, and other AutoZone companies that link to this Privacy Policy from their websites (collectively "AutoZone," "us," "we," "our"). It applies to the information we collect, use, and disclose when you interact with us, including, but not limited to when we provide you the following "Services":

- Use of our websites, including mobile websites – www.autozone.com, www.autozonepro.com, www.duralastparts.com (collectively "Websites")
- Use of our applications for mobile phones, tablets, or other smart devices – AutoZone mobile app or the AutoZone Pro mobile app (collectively "Apps")
- Visits to our domestic retail stores across the United States ("Stores")
- Purchase of our products, whether in-store or online through our Websites or Apps
- Phone and email communications with us
- Social media interactions on our websites and other third-party websites such as Facebook, Instagram, Snapchat, Twitter, YouTube, TikTok and Pinterest
- Viewing our online advertisements or emails
- Other services we may make available to you or that you request from us

This Privacy Policy also informs you about certain choices and rights you have associated with your information, and how you can manage the privacy of your Personal Information. For the purposes of this Privacy Policy, Personal Information means any information that identifies, relates to, describes, or can be reasonably linked or associated with a particular consumer or household.

The data collection and use practices for the AutoZone Websites are largely similar to how AutoZone collects customer information when you use the Apps or visit our Store locations. However, there may be some differences between how the App collects and uses your information, and how information is collected and used by the Websites or in Stores. These differences will be identified throughout this policy.

Please note that this Privacy Policy does not apply to the practices of third parties, including our third-party partners, service providers, and/or advertisers, even when those services are branded as, or provided on behalf of, AutoZone. When you access a third party's website through links on our Website, information collected from you by others on those third-parties' websites, are governed by those entities' privacy policies. Please read such third party's privacy policies carefully.

This Privacy Policy does not apply to the practices of ALLDATA LLC or our international subsidiaries and affiliates, such as ALLDATA Europe or ALLDATA Canada, AutoZone Mexico or AutoZone Brazil. You can find the applicable description of privacy practices by clicking on the links available on the websites operated by these companies, or by looking in the settings menus of their mobile applications.

**Information We Collect**

We may collect the following categories of information in order to provide our Services to you, to communicate with you about the services you have requested or that we think may be of interest to you, to enhance our products, services and operations, and for other operational, legal and compliance purposes:

**Identifier Information** that can be used to identify you such as your name, address, zip code, telephone number, email address, gender, age, date of birth, and information about your automobile (such as your Vehicle Identification Number ("VIN") and year). We may also collect your payment information such as credit card information and billing address when you buy products in our Stores and on our Website. However, your payment card information is passed securely to our payment card processor and is not stored by AutoZone. We may collect government-issued ID for certain types of transactions - but please provide government-issued ID information only if we ask you to. We will also collect your name, email address, telephone number, zip code and a password that you choose when you create an AutoZone Rewards account, personal "MyZone Account" on our Website or "My Account" account within the Apps. We may also collect online identifiers, such as your IP address, when you browse our Website or use our Apps.

**Commercial information,** such as products or services you purchased or considered purchasing, purchase history, products or services you like, reviews you submit, or where you shop.

**Business Information** for the AutoZone Pro Website & AutoZone Pro Mobile App. AutoZone Pro, its Website, App, and Services are business-to-business services provided to our commercial customers to help them meet their business needs. As such, much of the information that we collect from our AutoZone Pro customers relate to their business, including their business' name, address, zip code, telephone number, email address, financial account information to facilitate transactions with AutoZone Pro, vehicle information, and other information related to their business. Additionally, AutoZone Pro may need to collect information related to an individual's role within the company to fulfill an order or inquiry with AutoZone Pro, such as the individual's name, title, location, telephone number, email address, other contact information, information related to an "AutoZone Commercial" Account with the Website, and other information. We will also collect your email address and a password that you choose when you request an "AutoZone Commercial" account with the Websites.

**Device and Website Interaction Information** related to online activities such as browsing history, search history, website pages viewed and visit duration, App usage, and other details about your website interactions including full Uniform Resource Locators (URLs), clickstream information to, through, and from our Website (including date and time), services viewed or searched for; page response times, download errors, length of visits to certain pages, page interaction information (such as scrolling, clicks, and mouse-overs), or methods used to browse away from the page. We also collect device information, your IP address information, your browser or operating system information, login information, time zone setting, browser plug-in types and versions, mobile device type, or other information that relates to your interaction with our Websites or Apps. In some situations, this information may be used or combined in a way that it identifies you, your company, or your position within your company. In those situations, such information will be treated like Personal Information, as required under applicable laws.

**Geolocation data,** including precise geolocation data if you allow our application to collect it.

**Audio, electronic or visual information,** such as audio or video recording when you call us or when you come to our stores, but please note we may not be able to associate such recordings with you.

**Inferences or preferences** we learn or infer about you from other information we have collected about you.

**Statistical or aggregated information,** meaning Information that does not directly or indirectly reveal your identity or otherwise relate to an identified individual or household. Statistical or aggregated information does not directly identify a specific person, but we may derive non-personal statistical or aggregated information from Personal Information. For example, we may aggregate Personal Information to calculate the percentage of users accessing a specific Website feature.

**Personal Information Collected over the Last 12 Months:** AutoZone has not collected any other types of Personal Information in connection with our Services over the last 12 months.

**We do not knowingly collect or disclose personal information from children under the age of 16 without parental or guardian consent.** If a child under the age of 16 has provided us with personally identifiable information, we ask that a parent or guardian contact us so that the information can be deleted.

We may collect additional information from employees or job candidates through job applications, benefits enrollment, and payroll or direct deposit enrollment. We maintain a separate collection notice and privacy policy for employees and job applicants, which are available here.

**How We Collect Your Information**

AutoZone collects different types of information about you from a number of sources and in a variety of ways, including information you provide to us, information we automatically collect, information we obtain from other sources, including third parties (specified below), and information we derive or infer about you.

**Information You Provide To Us.** You may choose to give us information about you when you interact with us, in our stores or online. Examples include:

- You may provide your contact information when you purchase or return a product, or use a coupon or a Reward
- You may give us information about you by filling in forms on our Website or by corresponding with us by phone, email, through our interactive chat functions, surveys, or otherwise. This includes information you provide when you create an account; register for or subscribe to a Service; fill in forms on our Website; engage with us via text messaging, place an order, search for a service; or request further services. This also includes details of transactions you carry out through our Website or in stores, and the fulfillment of your orders
- You may be required to provide financial information before placing an order through our Website. We may also ask you for information when you report a problem with our Website
- For certain services we may require you to provide your name, email address or other contact information when you contact us with a question or comment
- If you establish a "MyZone" or "AutoZone Rewards" account with us, we may require you to provide your name, an email address and telephone number, and create a password to create your account. For more information on AutoZone Rewards, please click here.
- We will require you to provide your email address if you choose to sign up for our Duralast mailing list
- AutoZone Pro will chiefly collect Business Information to fulfill orders between AutoZone Pro and its commercial customers
- We will require you to provide your name, telephone number, zip code and other contact information when registering a warranty item
- Upload or share a photo, submit a request, submit information, or post other digital content through one of our websites, applications or via social media interactions on third-party websites including Facebook, Instagram, Snapchat, Twitter, YouTube, TikTok and Pinterest
- When you utilize our "Chat Now!" function about a customer service issue

**Information We Obtain When You Use Our Services:** We collect certain information from you through your use of our Services, such as App and Website usage data and other Device or Website Interaction Information. For example:

- in using our Websites and Apps, we may collect information about the device you use to log into, access, and use the Websites and Apps.
- We may collect other information in relation to how you use our Websites, Apps, or other Services (for example, aggregate metrics on how often certain pages on our Websites or Apps are accessed and viewed).
- We may ask you to provide your location information when you use our Apps or Websites, to provide store locations in proximity as well as certain App features and Services. You may choose to disable location tracking; however, certain functions of the Websites and Apps not work properly if you do not share your location.
- We may use other Device and Website Interaction Information such as aggregate data in relation to how you use our Websites, Apps, or other Services.
- We may collect generic network information to assure the proper optimization for Website and App functionality.

\* \* \*

**Information We Collect by Automated Means (Cookies & Tracking Data):** The Websites and Apps may use third party products and services to gather anonymous traffic statistics using cookies and web beacons. A cookie is a small piece of information stored on your device that helps the Websites, Apps and multiple servers recognize you. AutoZone and its third-party service providers may also use other tracking technologies such as pixels, or transparent GIF files, for app and web site management and user tracking.

Some of the cookies we use are "strictly necessary" for the functionality of our Websites and Apps. Others improve the functionality of our Websites and Apps but are not strictly necessary. Some cookies help improve the performance of our Websites and Apps (such as by gathering analytic data), while others help provide targeted services to you (like ads that you may be interested in). Examples of cookies we use include:

- **Session Cookies.** We use Session Cookies to operate our Services. Session cookies are temporary and are automatically deleted once you close your Internet browser.
- **Preference Cookies.** We use Preference Cookies to remember your preferences and various settings. Preference cookies are first party cookies that remain on your computer or device until you delete them, or they are otherwise removed upon expiration.
- **Third Party Cookies.** AutoZone permits third-party business partners, advertisers and other companies to use cookies or other similar technologies on our Website. These companies may collect your information, track your behavior on our Website or Apps, and gather information about your use of our Apps, Websites, and other online services over time and across different services. Additionally, some companies may use information collected to deliver targeted ads on behalf of us or other companies, including on other apps, websites, or online services. We are not responsible for the functioning of cookies and other technologies used and placed by third parties on your device.
- **Pixel Tags, Web Beacons, and Transparent GIFs.** Pixel tags and web beacons are tiny graphic images placed on Apps or Website pages or in our emails that allow us to determine whether you have performed a specific action. When you access these pages or open or click an email, the pixel tags and web beacons generate a notice of that action. These tools allow us to measure response to our communications and improve our web pages.
- **Other Technologies.** We collect many different types of information from other technologies to improve the quality of our Website and the Services we provide. For example, we may collect usage Data dand other information about the device you use to access our Apps and Websites, your operating system and/or mobile device type, browser type, domain, and other system settings, as well as the language your system uses and the country and time zone where your device is located. We may record the IP address of the device you use to connect to the Internet.

*See, e.g.*, https://www.autozone.com/lp/termsAndConditions#policyScope.

91.    On information and belief, one or more components of the AutoZone

Marketing System employs and provides a method for conducting an email campaign,

comprising the step of receiving an email target database.



*See e.g.*, https://www.autozone.com/create.





*See e.g.,* screenshots of personalized email received from AutoZone email server.

92.     On information and belief, one or more components of the AutoZone Marketing System employs and provides a method for conducting an email campaign, comprising the step of generating an email campaign template related to at least one email target in the received email target database.





*See e.g.,* screenshots of personalized email received from AutoZone email server.

93.    On information and belief, one or more components of the AutoZone Marketing System employs and provides a method for conducting an email campaign, comprising the step of generating an email campaign template related to at least one email target in the received email target database, wherein the step of generating an email campaign template related to at least one email target in the received email target database comprises the step of generating a message template.





*See e.g.,* screenshots of personalized email received from AutoZone email server.

94.     On information and belief, one or more components of the AutoZone Marketing System employs and provides a method for conducting an email campaign, comprising the step of generating an email campaign template related to at least one email target in the received email target database, wherein the step of generating an email campaign template related to at least one email target in the received email target database comprises the step of generating a configuration file to contain data related to each of the at least one email target, (*e.g.*, images and text referencing the intended recipient of the email) wherein the data is insertable in the generated message template.





*See e.g.,* screenshots of personalized email received from AutoZone email server.

95.     On information and belief, one or more components of the AutoZone

Marketing System employs and provides a method for conducting an email campaign,

comprising the step of sending to each of the at least one email target a corresponding

custom email, (*e.g.*, the email reproduced below) wherein the custom email is formed

from the email campaign template.





*See e.g.,* screenshots of personalized email received from AutoZone email server.

96.     On information and belief, one or more components of the AutoZone Marketing System employs and provides a method for conducting an email campaign, comprising the step of tracking the custom email (*e.g.*, through the code reproduced below) sent to each of the at least one email target.

**AUTOZONE PRIVACY POLICY**

AutoZone Privacy Policy - Spanish Version
Last Modified: December 30, 2022 - Effective Date: December 30, 2022

AutoZone knows that you care how your information is used and shared. As part of our commitment to customer service, AutoZone strives to make you feel safe and comfortable doing business with us. While operating our business and interacting with you, we collect, use, and share personal information. We do so to process and fulfill your orders, to improve our in-store and digital offerings, to create consistent in-store and digital experiences for you, to protect the rights and information of our customers and our company, and for the other purposes disclosed in this Privacy Policy. AutoZone reserves the right to modify this Privacy Policy at any time in our sole discretion. If you have any questions, please contact us via the channels listed below.

**Scope of This Policy**

This Privacy Policy describes the privacy practices of AutoZone, Inc. and its subsidiaries, affiliates, and other AutoZone companies that link to this Privacy Policy from their websites (collectively "AutoZone," "us," "we," "our"). It applies to the information we collect, use, and disclose when you interact with us, including, but not limited to when we provide you the following "Services":

- Use of our websites, including mobile websites – www.autozone.com, www.autozonepro.com, www.duralastparts.com (collectively "Websites")
- Use of our applications for mobile phones, tablets, or other smart devices – AutoZone mobile app or the AutoZone Pro mobile app (collectively "Apps")
- Visits to our domestic retail stores across the United States (Stores")
- Purchase of our products, whether in-store or online through our Websites or Apps
- Phone and email communications with us
- Social media interactions on our websites and other third-party websites such as Facebook, Instagram, Snapchat, Twitter, YouTube, TikTok and Pinterest
- Viewing our online advertisements or emails
- Other services we may make available to you or that you request from us

This Privacy Policy also informs you about certain choices and rights you have associated with your information, and how you can manage the privacy of your Personal Information. For the purposes of this Privacy Policy, Personal Information means any information that identifies, relates to, describes, or can be reasonably linked or associated with a particular consumer or household.

The data collection and use practices for the AutoZone Websites are largely similar to how AutoZone collects customer information when you use the Apps or visit our Store locations. However, there may be some differences between how the App collects and uses your information, and how information is collected and used by the Websites or in Stores. These differences will be identified throughout this policy.

Please note that this Privacy Policy does not apply to the practices of third parties, including our third-party partners, service providers, and/or advertisers, even when those services are branded as, or provided on behalf of, AutoZone. When you access a third party's website through links on our Website, information collected from you by others on those third-parties' websites, are governed by those entities' privacy policies. Please read such third party's privacy policies carefully.

This Privacy Policy does not apply to the practices of ALLDATA LLC or our international subsidiaries and affiliates, such as ALLDATA Europe or ALLDATA Canada, AutoZone Mexico or AutoZone Brazil. You can find the applicable description of privacy practices by clicking on the links available on the websites operated by these companies, or by looking in the settings menus of their mobile applications.

**Information We Collect**

We may collect the following categories of information in order to provide our Services to you, to communicate with you about the services you have requested or that we think may be of interest to you, to enhance our products, services and operations, and for other operational, legal and compliance purposes:

**Identifier Information** that can be used to identify you such as your name, address, zip code, telephone number, email address, gender, age, date of birth, and information about your automobile (such as your Vehicle Identification Number ("VIN") and year). We may also collect your payment information such as credit card information and billing address when you buy products in our Stores and on our Website. However, your payment card information is passed securely to our payment card processor and is not stored by AutoZone. We may collect government-issued ID for certain types of transactions - but please provide government-issued ID information only if we ask you to. We will also collect your name, email address, telephone number, zip code and a password that you choose when you create an AutoZone Rewards account, personal "MyZone Account" on our Website or "My Account" account within the Apps. We may also collect online identifiers, such as your IP address, when you browse our Website or use our Apps.

**Commercial information,** such as products or services you purchased or considered purchasing, purchase history, products or services you like, reviews you submit, or where you shop.

**Business Information** for the AutoZone Pro Website & AutoZone Pro Mobile App. AutoZone Pro, its Website, App, and Services are business-to-business services provided to our commercial customers to help them meet their business needs. As such, much of the information that we collect from our AutoZone Pro customers relate to their business, including their business' name, address, zip code, telephone number, email address, financial account information to facilitate transactions with AutoZone Pro, vehicle information, and other information related to their business. Additionally, AutoZone Pro may need to collect information related to an individual's role within the company to fulfill an order or inquiry with AutoZone Pro, such as the individual's name, title, location, telephone number, email address, other contact information, information related to an "AutoZone Commercial" Account with the Website, and other information. We will also collect your email address and a password that you choose when you request an "AutoZone Commercial" account with the Websites.

**Device and Website Interaction Information** related to online activities such as browsing history, search history, website pages viewed and visit duration, App usage, and other details about your website interactions including full Uniform Resource Locators (URLs), clickstream information to, through, and from our Website (including date and time), services viewed or searched for; page response times, download errors, length of visits to certain pages, page interaction information (such as scrolling, clicks, and mouse-overs), or methods used to browse away from the page. We also collect device information, your IP address information, your browser or operating system information, login information, time zone setting, browser plug-in types and versions, mobile device type, or other information that relates to your interaction with our Websites or Apps. In some situations, this information may be used or combined in a way that it identifies you, your company, or your position within your company. In those situations, such information will be treated like Personal Information, as required under applicable laws.

**Geolocation data,** including precise geolocation data if you allow our application to collect it.

**Audio, electronic or visual information,** such as audio or video recording when you call us or when you come to our stores, but please note we may not be able to associate such recordings with you.

**Inferences or preferences** we learn or infer about you from other information we have collected about you.

**Statistical or aggregated information,** meaning Information that does not directly or indirectly reveal your identity or otherwise relate to an identified individual or household. Statistical or aggregated information does not directly identify a specific person, but we may derive non-personal statistical or aggregated information from Personal Information. For example, we may aggregate Personal Information to calculate the percentage of users accessing a specific Website feature.

**Personal Information Collected over the Last 12 Months:** AutoZone has not collected any other types of Personal Information in connection with our Services over the last 12 months.

**We do not knowingly collect or disclose personal information from children under the age of 16 without parental or guardian consent.** If a child under the age of 16 has provided us with personally identifiable information, we ask that a parent or guardian contact us so that the information can be deleted.

We may collect additional information from employees or job candidates through job applications, benefits enrollment, and payroll or direct deposit enrollment. We maintain a separate collection notice and privacy policy for employees and job applicants, which are available here.

**How We Collect Your Information**

AutoZone collects different types of information about you from a number of sources and in a variety of ways, including information you provide to us, information we automatically collect, information we obtain from other sources, including third parties (specified below), and information we derive or infer about you.

**Information You Provide To Us.** You may choose to give us information about you when you interact with us, in our stores or online. Examples include:

- You may provide your contact information when you purchase or return a product, or use a coupon or a Reward
- You may give us information about you by filling in forms on our Website or by corresponding with us by phone, email, through our interactive chat functions, surveys, or otherwise. This includes information you provide when you create an account; register for or subscribe to a Service; fill in forms on our Website; engage with us via text messaging, place an order, search for a service; or request further services. This also includes details of transactions you carry out through our Website or in stores, and the fulfillment of your orders
- You may be required to provide financial information before placing an order through our Website. We may also ask you for information when you report a problem with our Website
- For certain services we may require you to provide your name, email address or other contact information when you contact us with a question or comment
- If you establish a "MyZone" or "AutoZone Rewards" account with us, we may require you to provide your name, an email address and telephone number, and create a password to create your account. For more information on AutoZone Rewards, please click here.
- We will require you to provide your email address if you choose to sign up for our Duralast mailing list
- AutoZone Pro will chiefly collect Business Information to fulfill orders between AutoZone Pro and its commercial customers
- We will require you to provide your name, telephone number, zip code and other contact information when registering a warranty item
- Upload or share a photo, submit a request, submit information, or post other digital content through one of our websites, applications or via social media interactions on third-party websites including Facebook, Instagram, Snapchat, Twitter, YouTube, TikTok and Pinterest
- When you utilize our "Chat Now!" function about a customer service issue

**Information We Obtain When You Use Our Services:** We collect certain information from you through your use of our Services, such as App and Website usage data and other Device or Website Interaction Information. For example:

- in using our Websites and Apps, we may collect information about the device you use to log into, access, and use the Websites and Apps.
- We may collect other information in relation to how you use our Websites, Apps, or other Services (for example, aggregate metrics on how often certain pages on our Websites or Apps are accessed and viewed).
- We may ask you to provide your location information when you use our Apps or Websites, to provide store locations in proximity as well as certain App features and Services. You may choose to disable location tracking; however, certain functions of the Websites and Apps not work properly if you do not share your location.
- We may use other Device and Website Interaction Information such as aggregate data in relation to how you use our Websites, Apps, or other Services.
- We may collect generic network information to assure the proper optimization for Website and App functionality.

\* \* \*

**Information We Collect by Automated Means (Cookies & Tracking Data):** The Websites and Apps may use third party products and services to gather anonymous traffic statistics using cookies and web beacons. A cookie is a small piece of information stored on your device that helps the Websites, Apps and multiple servers recognize you. AutoZone and its third-party service providers may also use other tracking technologies such as pixels, or transparent GIF files, for app and web site management and user tracking.

Some of the cookies we use are "strictly necessary" for the functionality of our Websites and Apps. Others improve the functionality of our Websites and Apps but are not strictly necessary. Some cookies help improve the performance of our Websites and Apps (such as by gathering analytic data), while others help provide targeted services to you (like ads that you may be interested in). Examples of cookies we use include:

- **Session Cookies.** We use Session Cookies to operate our Services. Session cookies are temporary and are automatically deleted once you close your Internet browser.
- **Preference Cookies.** We use Preference Cookies to remember your preferences and various settings. Preference cookies are first party cookies that remain on your computer or device until you delete them, or they are otherwise removed upon expiration.
- **Third Party Cookies.** AutoZone permits third-party business partners, advertisers and other companies to use cookies or other similar technologies on our Website. These companies may collect your information, track your behavior on our Website or Apps, and gather information about your use of our Apps, Websites, and other online services over time and across different services. Additionally, some companies may use information collected to deliver targeted ads on behalf of us or other companies, including on other apps, websites, or online services. We are not responsible for the functioning of cookies and other technologies used and placed by third parties on your device.
- **Pixel Tags, Web Beacons, and Transparent GIFs.** Pixel tags and web beacons are tiny graphic images placed on Apps or Website pages or in our emails that allow us to determine whether you have performed a specific action. When you access these pages or open or click an email, the pixel tags and web beacons generate a notice of that action. These tools allow us to measure response to our communications and improve our web pages.
- **Other Technologies.** We collect many different types of information from other technologies to improve the quality of our Website and the Services we provide. For example, we may collect usage Data dand other information about the device you use to access our Apps and Websites, your operating system and/or mobile device type, browser type, domain, and other system settings, as well as the language your system uses and the country and time zone where your device is located. We may record the IP address of the device you use to connect to the Internet.

*See, e.g.*, https://www.autozone.com/lp/termsAndConditions#policyScope.





*See e.g.,* screenshots of personalized email received from AutoZone email server.

97.     On information and belief, AutoZone directly infringed at least claim 1 of the '555 patent in violation of 35 U.S.C. § 271(a) by making, using, selling, importing,

and/or offering to sell the AutoZone Marketing Products and Services; and making, using, selling, selling access to, importing, offering for sale, and/or offering to sell access to the AutoZone Marketing System.

98.    Advanced Transactions has been damaged by AutoZone's infringement and suffered damages as a result of this infringement.

### Count II – Infringement of United States Patent No. 7,386,594

99.    Advanced Transactions repeats, realleges, and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

100.    On information and belief, AutoZone (or those acting on its behalf) made, used, sold, imported and/or offered to sell the AutoZone Marketing Products, and Services; and made, used, sold, sold access to, imported, offered to sell and/or offered to sell access to the AutoZone Marketing System in the United States that infringed (literally and/or under the doctrine of equivalents) at least claim 1 of the '594 patent.

101.    On information and belief, one or more components of the AutoZone Marketing System, (*e.g.*, AutoZone email servers), employs and provides a method for conducting an email campaign.





*See e.g.,* screenshots of personalized email received from AutoZone email server.

## AUTOZONE PRIVACY POLICY

AutoZone Privacy Policy - Spanish Version

Last Modified: December 30, 2022 - Effective Date: December 30, 2022

AutoZone knows that you care how your information is used and shared. As part of our commitment to customer service, AutoZone strives to make you feel safe and comfortable doing business with us. While operating our business and interacting with you, we collect, use, and share personal information. We do so to process and fulfill your orders, to improve our in-store and digital offerings, to create consistent in-store and digital experiences for you, to protect the rights and information of our customers and our company, and for the other purposes disclosed in this Privacy Policy. AutoZone reserves the right to modify this Privacy Policy at any time in our sole discretion. If you have any questions, please contact us via the channels listed below.

### Scope of This Policy

This Privacy Policy describes the privacy practices of AutoZone, Inc. and its subsidiaries, affiliates, and other AutoZone companies that link to this Privacy Policy from their websites (collectively "AutoZone," "us," "we," "our"). It applies to the information we collect, use, and disclose when you interact with us, including, but not limited to when we provide you the following "Services":

- Use of our websites, including mobile websites – www.autozone.com, www.autozonepro.com, www.duralastparts.com (collectively "Websites")
- Use of our applications for mobile phones, tablets, or other smart devices – AutoZone mobile app or the AutoZone Pro mobile app (collectively "Apps")
- Visits to our domestic retail stores across the United States ("Stores")
- Purchase of our products, whether in-store or online through our Websites or Apps
- Phone and email communications with us
- Social media interactions on our websites and other third-party websites such as Facebook, Instagram, Snapchat, Twitter, YouTube, TikTok and Pinterest
- Viewing our online advertisements or emails
- Other services we may make available to you or that you request from us

This Privacy Policy also informs you about certain choices and rights you have associated with your information, and how you can manage the privacy of your Personal Information. For the purposes of this Privacy Policy, Personal Information means any information that identifies, relates to, describes, or can be reasonably linked or associated with a particular consumer or household.

The data collection and use practices for the AutoZone Websites are largely similar to how AutoZone collects customer information when you use the Apps or visit our Store locations. However, there may be some differences between how the App collects and uses your information, and how information is collected and used by the Websites or in Stores. These differences will be identified throughout this policy.

Please note that this Privacy Policy does not apply to the practices of third parties, including our third-party partners, service providers, and/or advertisers, even when those services are branded as, or provided on behalf of, AutoZone. When you access a third party's website through links on our Website, information collected from you by others on those third-parties' websites, are governed by those entities' privacy policies. Please read such third party's privacy policies carefully.

This Privacy Policy does not apply to the practices of ALLDATA LLC or our international subsidiaries and affiliates, such as ALLDATA Europe or ALLDATA Canada, AutoZone Mexico or AutoZone Brazil. You can find the applicable description of privacy practices by clicking on the links available on the websites operated by these companies, or by looking in the settings menus of their mobile applications.

**Information We Collect**

We may collect the following categories of information in order to provide our Services to you, to communicate with you about the services you have requested or that we think may be of interest to you, to enhance our products, services and operations, and for other operational, legal and compliance purposes:

**Identifier Information** that can be used to identify you such as your name, address, zip code, telephone number, email address, gender, age, date of birth, and information about your automobile (such as your Vehicle Identification Number ("VIN") and year). We may also collect your payment information such as credit card information and billing address when you buy products in our Stores and on our Website. However, your payment card information is passed securely to our payment card processor and is not stored by AutoZone. We may collect government-issued ID for certain types of transactions - but please provide government-issued ID information only if we ask you to. We will also collect your name, email address, telephone number, zip code and a password that you choose when you create an AutoZone Rewards account, personal "MyZone Account" on our Website or "My Account" account within the Apps. We may also collect online identifiers, such as your IP address, when you browse our Website or use our Apps.

**Commercial information,** such as products or services you purchased or considered purchasing, purchase history, products or services you like, reviews you submit, or where you shop.

**Business Information** for the AutoZone Pro Website & AutoZone Pro Mobile App. AutoZone Pro, its Website, App, and Services are business-to-business services provided to our commercial customers to help them meet their business needs. As such, much of the information that we collect from our AutoZone Pro customers relate to their business, including their business' name, address, zip code, telephone number, email address, financial account information to facilitate transactions with AutoZone Pro, vehicle information, and other information related to their business. Additionally, AutoZone Pro may need to collect information related to an individual's role within the company to fulfill an order or inquiry with AutoZone Pro, such as the individual's name, title, location, telephone number, email address, other contact information, information related to an "AutoZone Commercial" Account with the Website, and other information. We will also collect your email address and a password that you choose when you request an "AutoZone Commercial" account with the Websites.

**Device and Website Interaction Information** related to online activities such as browsing history, search history, website pages viewed and visit duration, App usage, and other details about your website interactions including full Uniform Resource Locators (URLs), clickstream information to, through, and from our Website (including date and time), services viewed or searched for; page response times, download errors, length of visits to certain pages, page interaction information (such as scrolling, clicks, and mouse-overs), or methods used to browse away from the page. We also collect device information, your IP address information, your browser or operating system information, login information, time zone setting, browser plug-in types and versions, mobile device type, or other information that relates to your interaction with our Websites or Apps. In some situations, this information may be used or combined in a way that it identifies you, your company, or your position within your company. In those situations, such information will be treated like Personal Information, as required under applicable laws.

**Geolocation data,** including precise geolocation data if you allow our application to collect it.

**Audio, electronic or visual information,** such as audio or video recording when you call us or when you come to our stores, but please note we may not be able to associate such recordings with you.

**Inferences or preferences** we learn or infer about you from other information we have collected about you.

**Statistical or aggregated information,** meaning Information that does not directly or indirectly reveal your identity or otherwise relate to an identified individual or household. Statistical or aggregated information does not directly identify a specific person, but we may derive non-personal statistical or aggregated information from Personal Information. For example, we may aggregate Personal Information to calculate the percentage of users accessing a specific Website feature.

**Personal Information Collected over the Last 12 Months:** AutoZone has not collected any other types of Personal Information in connection with our Services over the last 12 months.

**We do not knowingly collect or disclose personal information from children under the age of 16 without parental or guardian consent.** If a child under the age of 16 has provided us with personally identifiable information, we ask that a parent or guardian contact us so that the information can be deleted.

We may collect additional information from employees or job candidates through job applications, benefits enrollment, and payroll or direct deposit enrollment. We maintain a separate collection notice and privacy policy for employees and job applicants, which are available here.

**How We Collect Your Information**

AutoZone collects different types of information about you from a number of sources and in a variety of ways, including information you provide to us, information we automatically collect, information we obtain from other sources, including third parties (specified below), and information we derive or infer about you.

**Information You Provide To Us.** You may choose to give us information about you when you interact with us, in our stores or online. Examples include:

- You may provide your contact information when you purchase or return a product, or use a coupon or a Reward
- You may give us information about you by filling in forms on our Website or by corresponding with us by phone, email, through our interactive chat functions, surveys, or otherwise. This includes information you provide when you create an account; register for or subscribe to a Service; fill in forms on our Website; engage with us via text messaging, place an order, search for a service; or request further services. This also includes details of transactions you carry out through our Website or in stores, and the fulfillment of your orders
- You may be required to provide financial information before placing an order through our Website. We may also ask you for information when you report a problem with our Website
- For certain services we may require you to provide your name, email address or other contact information when you contact us with a question or comment
- If you establish a "MyZone" or "AutoZone Rewards" account with us, we may require you to provide your name, an email address and telephone number, and create a password to create your account. For more information on AutoZone Rewards, please click here.
- We will require you to provide your email address if you choose to sign up for our Duralast mailing list
- AutoZone Pro will chiefly collect Business Information to fulfill orders between AutoZone Pro and its commercial customers
- We will require you to provide your name, telephone number, zip code and other contact information when registering a warranty item
- Upload or share a photo, submit a request, submit information, or post other digital content through one of our websites, applications or via social media interactions on third-party websites including Facebook, Instagram, Snapchat, Twitter, YouTube, TikTok and Pinterest
- When you utilize our "Chat Now!" function about a customer service issue

**Information We Obtain When You Use Our Services:** We collect certain information from you through your use of our Services, such as App and Website usage data and other Device or Website Interaction Information. For example:

- in using our Websites and Apps, we may collect information about the device you use to log into, access, and use the Websites and Apps.
- We may collect other information in relation to how you use our Websites, Apps, or other Services (for example, aggregate metrics on how often certain pages on our Websites or Apps are accessed and viewed).
- We may ask you to provide your location information when you use our Apps or Websites, to provide store locations in proximity as well as certain App features and Services. You may choose to disable location tracking; however, certain functions of the Websites and Apps not work properly if you do not share your location.
- We may use other Device and Website Interaction Information such as aggregate data in relation to how you use our Websites, Apps, or other Services.
- We may collect generic network information to assure the proper optimization for Website and App functionality.

* * *

**Information We Collect by Automated Means (Cookies & Tracking Data):** The Websites and Apps may use third party products and services to gather anonymous traffic statistics using cookies and web beacons. A cookie is a small piece of information stored on your device that helps the Websites, Apps and multiple servers recognize you. AutoZone and its third-party service providers may also use other tracking technologies such as pixels, or transparent GIF files, for app and web site management and user tracking.

Some of the cookies we use are "strictly necessary" for the functionality of our Websites and Apps. Others improve the functionality of our Websites and Apps but are not strictly necessary. Some cookies help improve the performance of our Websites and Apps (such as by gathering analytic data), while others help provide targeted services to you (like ads that you may be interested in). Examples of cookies we use include:

- **Session Cookies.** We use Session Cookies to operate our Services. Session cookies are temporary and are automatically deleted once you close your Internet browser.
- **Preference Cookies.** We use Preference Cookies to remember your preferences and various settings. Preference cookies are first party cookies that remain on your computer or device until you delete them, or they are otherwise removed upon expiration.
- **Third Party Cookies.** AutoZone permits third-party business partners, advertisers and other companies to use cookies or other similar technologies on our Website. These companies may collect your information, track your behavior on our Website or Apps, and gather information about your use of our Apps, Websites, and other online services over time and across different services. Additionally, some companies may use information collected to deliver targeted ads on behalf of us or other companies, including on other apps, websites, or online services. We are not responsible for the functioning of cookies and other technologies used and placed by third parties on your device.
- **Pixel Tags, Web Beacons, and Transparent GIFs.** Pixel tags and web beacons are tiny graphic images placed on Apps or Website pages or in our emails that allow us to determine whether you have performed a specific action. When you access these pages or open or click an email, the pixel tags and web beacons generate a notice of that action. These tools allow us to measure response to our communications and improve our web pages.
- **Other Technologies.** We collect many different types of information from other technologies to improve the quality of our Website and the Services we provide. For example, we may collect usage Data dand other information about the device you use to access our Apps and Websites, your operating system and/or mobile device type, browser type, domain, and other system settings, as well as the language your system uses and the country and time zone where your device is located. We may record the IP address of the device you use to connect to the Internet.

*See, e.g.*, https://www.autozone.com/lp/termsAndConditions#policyScope.

    102.    On information and belief, one or more components of the AutoZone Marketing System employs and provides a method for conducting an email campaign, comprising the step of receiving an email target database.



*See e.g.*, https://www.autozone.com/create.





*See e.g.,* screenshots of personalized email received from AutoZone email server.

103.    On information and belief, one or more components of the AutoZone Marketing System employs and provides a method for conducting an email campaign, comprising the step of generating an email campaign template (*e.g.*, the template used to generate the email reproduced below) related to at least one email target in the received email target database.





*See e.g.,* screenshots of personalized email received from AutoZone email server.

104.    On information and belief, one or more components of the AutoZone Marketing System employs and provides a method for conducting an email campaign, comprising the step of generating an email campaign template related to at least one email target (*e.g.*, the intended recipient of the email reproduced below) in the received email target database, wherein the step of generating an email campaign template related to at least one email target in the received email target database comprises the step of generating a message template.





*See e.g.,* screenshots of personalized email received from AutoZone email server.

105.    On information and belief, one or more components of the AutoZone Marketing System employs and provides a method for conducting an email campaign, comprising the step of generating an email campaign template related to at least one email target in the received email target database, wherein the step of generating an email campaign template related to at least one email target in the received email target database comprises the step of generating a configuration file to contain data related to each of the at least one email target, wherein the data is insertable in the generated message template.





*See e.g.,* screenshots of personalized email received from AutoZone email server.

106.    On information and belief, one or more components of the AutoZone

Marketing System employs and provides a method for conducting an email campaign,

comprising the step of sending to each of the at least one email target a corresponding

custom email, wherein the custom email is formed from the email campaign template.





*See e.g.,* screenshots of personalized email received from AutoZone email server.

107.     On information and belief, AutoZone directly infringed at least claim 1 of the '594 patent in violation of 35 U.S.C. § 271(a) by making, using, selling, importing, and/or offering to sell the AutoZone Marketing Products and Services; and making, using, selling, selling access to, importing, offering for sale, and/or offering to sell access to the AutoZone Marketing System.

108.     Advanced Transactions has been damaged by AutoZone's infringement and suffered damages as a result of this infringement.

## Count III – Infringement of United States Patent No. 7,693,950

109.     Advanced Transactions repeats, realleges, and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

110.     On information and belief, AutoZone (or those acting on its behalf) made, used, sold, imported and/or offered to sell the AutoZone Marketing Products, and Services; and made, used, sold, sold access to, imported, offered to sell and/or offered to sell access to the AutoZone Marketing System in the United States that infringed (literally and/or under the doctrine of equivalents) at least claim 21 of the '950 patent.

111.     On information and belief, one or more components of the AutoZone Marketing System (*e.g.*, AutoZone email servers) employs and provides a method for producing a custom email template.





*See e.g.,* screenshots of personalized email received from AutoZone email server.

# AUTOZONE PRIVACY POLICY

AutoZone Privacy Policy - Spanish Version
Last Modified: December 30, 2022 - Effective Date: December 30, 2022

AutoZone knows that you care how your information is used and shared. As part of our commitment to customer service, AutoZone strives to make you feel safe and comfortable doing business with us. While operating our business and interacting with you, we collect, use, and share personal information. We do so to process and fulfill your orders, to improve our in-store and digital offerings, to create consistent in-store and digital experiences for you, to protect the rights and information of our customers and our company, and for the other purposes disclosed in this Privacy Policy. AutoZone reserves the right to modify this Privacy Policy at any time in our sole discretion. If you have any questions, please contact us via the channels listed below.

## Scope of This Policy

This Privacy Policy describes the privacy practices of AutoZone, Inc. and its subsidiaries, affiliates, and other AutoZone companies that link to this Privacy Policy from their websites (collectively "AutoZone," "us," "we," "our"). It applies to the information we collect, use, and disclose when you interact with us, including, but not limited to when we provide you the following "Services":

- Use of our websites, including mobile websites – www.autozone.com, www.autozonepro.com, www.duralastparts.com (collectively "Websites")
- Use of our applications for mobile phones, tablets, or other smart devices – AutoZone mobile app or the AutoZone Pro mobile app (collectively "Apps")
- Visits to our domestic retail stores across the United States ("Stores")
- Purchase of our products, whether in-store or online through our Websites or Apps
- Phone and email communications with us
- Social media interactions on our websites and other third-party websites such as Facebook, Instagram, Snapchat, Twitter, YouTube, TikTok and Pinterest
- Viewing our online advertisements or emails
- Other services we may make available to you or that you request from us

This Privacy Policy also informs you about certain choices and rights you have associated with your information, and how you can manage the privacy of your Personal Information. For the purposes of this Privacy Policy, Personal Information means any information that identifies, relates to, describes, or can be reasonably linked or associated with a particular consumer or household.

The data collection and use practices for the AutoZone Websites are largely similar to how AutoZone collects customer information when you use the Apps or visit our Store locations. However, there may be some differences between how the App collects and uses your information, and how information is collected and used by the Websites or in Stores. These differences will be identified throughout this policy.

Please note that this Privacy Policy does not apply to the practices of third parties, including our third-party partners, service providers, and/or advertisers, even when those services are branded as, or provided on behalf of, AutoZone. When you access a third party's website through links on our Website, information collected from you by others on those third-parties' websites, are governed by those entities' privacy policies. Please read such third party's privacy policies carefully.

This Privacy Policy does not apply to the practices of ALLDATA LLC or our international subsidiaries and affiliates, such as ALLDATA Europe or ALLDATA Canada, AutoZone Mexico or AutoZone Brazil. You can find the applicable description of privacy practices by clicking on the links available on the websites operated by these companies, or by looking in the settings menus of their mobile applications.

**Information We Collect**

We may collect the following categories of information in order to provide our Services to you, to communicate with you about the services you have requested or that we think may be of interest to you, to enhance our products, services and operations, and for other operational, legal and compliance purposes:

**Identifier Information** that can be used to identify you such as your name, address, zip code, telephone number, email address, gender, age, date of birth, and information about your automobile (such as your Vehicle Identification Number ("VIN") and year). We may also collect your payment information such as credit card information and billing address when you buy products in our Stores and on our Website. However, your payment card information is passed securely to our payment card processor and is not stored by AutoZone. We may collect government-issued ID for certain types of transactions - but please provide government-issued ID information only if we ask you to. We will also collect your name, email address, telephone number, zip code and a password that you choose when you create an AutoZone Rewards account, personal "MyZone Account" on our Website or "My Account" account within the Apps. We may also collect online identifiers, such as your IP address, when you browse our Website or use our Apps.

**Commercial information,** such as products or services you purchased or considered purchasing, purchase history, products or services you like, reviews you submit, or where you shop.

**Business Information** for the AutoZone Pro Website & AutoZone Pro Mobile App. AutoZone Pro, its Website, App, and Services are business-to-business services provided to our commercial customers to help them meet their business needs. As such, much of the information that we collect from our AutoZone Pro customers relate to their business, including their business' name, address, zip code, telephone number, email address, financial account information to facilitate transactions with AutoZone Pro, vehicle information, and other information related to their business. Additionally, AutoZone Pro may need to collect information related to an individual's role within the company to fulfill an order or inquiry with AutoZone Pro, such as the individual's name, title, location, telephone number, email address, other contact information, information related to an "AutoZone Commercial" Account with the Website, and other information. We will also collect your email address and a password that you choose when you request an "AutoZone Commercial" account with the Websites.

**Device and Website Interaction Information** related to online activities such as browsing history, search history, website pages viewed and visit duration, App usage, and other details about your website interactions including full Uniform Resource Locators (URLs), clickstream information to, through, and from our Website (including date and time), services viewed or searched for; page response times, download errors, length of visits to certain pages, page interaction information (such as scrolling, clicks, and mouse-overs), or methods used to browse away from the page. We also collect device information, your IP address information, your browser or operating system information, login information, time zone setting, browser plug-in types and versions, mobile device type, or other information that relates to your interaction with our Websites or Apps. In some situations, this information may be used or combined in a way that it identifies you, your company, or your position within your company. In those situations, information will be treated like Personal Information, as required under applicable laws.

**Geolocation data,** including precise geolocation data if you allow our application to collect it.

**Audio, electronic or visual information,** such as audio or video recording when you call us or when you come to our stores, but please note we may not be able to associate such recordings with you.

**Inferences or preferences** we learn or infer about you from other information we have collected about you.

**Statistical or aggregated information,** meaning Information that does not directly or indirectly reveal your identity or otherwise relate to an identified individual or household. Statistical or aggregated information does not directly identify a specific person, but we may derive non-personal statistical or aggregated information from Personal Information. For example, we may aggregate Personal Information to calculate the percentage of users accessing a specific Website feature.

**Personal Information Collected over the Last 12 Months:** AutoZone has not collected any other types of Personal Information in connection with our Services over the last 12 months.

**We do not knowingly collect or disclose personal information from children under the age of 16 without parental or guardian consent.** If a child under the age of 16 has provided us with personally identifiable information, we ask that a parent or guardian contact us so that the information can be deleted.

We may collect additional information from employees or job candidates through job applications, benefits enrollment, and payroll or direct deposit enrollment. We maintain a separate collection notice and privacy policy for employees and job applicants, which are available here.

**How We Collect Your Information**

AutoZone collects different types of information about you from a number of sources and in a variety of ways, including information you provide to us, information we automatically collect, information we obtain from other sources, including third parties (specified below), and information we derive or infer about you.

**Information You Provide To Us.** You may choose to give us information about you when you interact with us, in our stores or online. Examples include:

- You may provide your contact information when you purchase or return a product, or use a coupon or a Reward
- You may give us information about you by filling in forms on our Website or by corresponding with us by phone, email, through our interactive chat functions, surveys, or otherwise. This includes information you provide when you create an account; register for or subscribe to a Service; fill in forms on our Website; engage with us via text messaging, place an order, search for a service; or request further services. This also includes details of transactions you carry out through our Website or in stores, and the fulfillment of your orders
- You may be required to provide financial information before placing an order through our Website. We may also ask you for information when you report a problem with our Website
- For certain services we may require you to provide your name, email address or other contact information when you contact us with a question or comment
- If you establish a "MyZone" or "AutoZone Rewards" account with us, we may require you to provide your name, an email address and telephone number, and create a password to create your account. For more information on AutoZone Rewards, please click here.
- We will require you to provide your email address if you choose to sign up for our Duralast mailing list
- AutoZone Pro will chiefly collect Business Information to fulfill orders between AutoZone Pro and its commercial customers
- We will require you to provide your name, telephone number, zip code and other contact information when registering a warranty item
- Upload or share a photo, submit a request, submit information, or post other digital content through one of our websites, applications or via social media interactions on third-party websites including Facebook, Instagram, Snapchat, Twitter, YouTube, TikTok and Pinterest
- When you utilize our "Chat Now!" function about a customer service issue

**Information We Obtain When You Use Our Services:** We collect certain information from you through your use of our Services, such as App and Website usage data and other Device or Website Interaction Information. For example:

- in using our Websites and Apps, we may collect information about the device you use to log into, access, and use the Websites and Apps.
- We may collect other information in relation to how you use our Websites, Apps, or other Services (for example, aggregate metrics on how often certain pages on our Websites or Apps are accessed and viewed).
- We may ask you to provide your location information when you use our Apps or Websites, to provide store locations in proximity as well as certain App features and Services. You may choose to disable location tracking; however, certain functions of the Websites and Apps not work properly if you do not share your location.
- We may use other Device and Website Interaction Information such as aggregate data in relation to how you use our Websites, Apps, or other Services.
- We may collect generic network information to assure the proper optimization for Website and App functionality.

* * *

**Information We Collect by Automated Means (Cookies & Tracking Data):** The Websites and Apps may use third party products and services to gather anonymous traffic statistics using cookies and web beacons. A cookie is a small piece of information stored on your device that helps the Websites, Apps and multiple servers recognize you. AutoZone and its third-party service providers may also use other tracking technologies such as pixels, or transparent GIF files, for app and web site management and user tracking.

Some of the cookies we use are "strictly necessary" for the functionality of our Websites and Apps. Others improve the functionality of our Websites and Apps but are not strictly necessary. Some cookies help improve the performance of our Websites and Apps (such as by gathering analytic data), while others help provide targeted services to you (like ads that you may be interested in). Examples of cookies we use include:

- **Session Cookies.** We use Session Cookies to operate our Services. Session cookies are temporary and are automatically deleted once you close your Internet browser.
- **Preference Cookies.** We use Preference Cookies to remember your preferences and various settings. Preference cookies are first party cookies that remain on your computer or device until you delete them, or they are otherwise removed upon expiration.
- **Third Party Cookies.** AutoZone permits third-party business partners, advertisers and other companies to use cookies or other similar technologies on our Website. These companies may collect your information, track your behavior on our Website or Apps, and gather information about your use of our Apps, Websites, and other online services over time and across different services. Additionally, some companies may use information collected to deliver targeted ads on behalf of us or other companies, including on other apps, websites, or online services. We are not responsible for the functioning of cookies and other technologies used and placed by third parties on your device.
- **Pixel Tags, Web Beacons, and Transparent GIFs.** Pixel tags and web beacons are tiny graphic images placed on Apps or Website pages or in our emails that allow us to determine whether you have performed a specific action. When you access these pages or open or click an email, the pixel tags and web beacons generate a notice of that action. These tools allow us to measure response to our communications and improve our web pages.
- **Other Technologies.** We collect many different types of information from other technologies to improve the quality of our Website and the Services we provide. For example, we may collect usage Data dand other information about the device you use to access our Apps and Websites, your operating system and/or mobile device type, browser type, domain, and other system settings, as well as the language your system uses and the country and time zone where your device is located. We may record the IP address of the device you use to connect to the Internet.

*See, e.g.*, https://www.autozone.com/lp/termsAndConditions#policyScope.

112.    On information and belief, one or more components of the AutoZone

Marketing System (*e.g.*, AutoZone email servers) employs and provides a method for

conducting an email campaign, comprising the step of receiving, at the computing

device, email addresses for a plurality of target recipients of custom email messages.



*See e.g.,* https://www.autozone.com/create.





*See e.g.,* screenshots of personalized email received from AutoZone email server.

113.    On information and belief, one or more components of the AutoZone Marketing System (*e.g.*, AutoZone email servers) employs and provides a method for producing a custom email template comprising the step of producing at the computing device, as the custom email template, a configuration file and a message file.





*See e.g.,* screenshots of personalized email received from AutoZone email server.

114.     On information and belief, one or more components of the AutoZone

Marketing System (*e.g.*, AutoZone email servers) employs and provides a method for

producing a custom email template comprising wherein the configuration file includes,

for each of the plurality of target recipients, data related to the target recipient and a

custom uniform resource locator unique to the target recipient.





*See e.g.,* screenshots of personalized email received from AutoZone email server.

115.    On information and belief, one or more components of the AutoZone

Marketing System (*e.g.*, AutoZone email servers) employs and provides a method for

producing a custom email template comprising of the step wherein the message file

includes a textual message for each of the custom email messages.





*See e.g.,* screenshots of personalized email received from AutoZone email server.

116.    On information and belief, one or more components of the AutoZone Marketing System (*e.g.*, AutoZone email servers) employs and provides a method for producing a custom email template comprising the step wherein the message file includes a plurality of custom tags configured to receive, for each target recipient, the data related to the target recipient and an executable link configured to receive the custom uniform resource locator unique to the target recipient.





*See e.g.,* screenshots of personalized email received from AutoZone email server.

# AUTOZONE PRIVACY POLICY

AutoZone Privacy Policy - Spanish Version

Last Modified: December 30, 2022 - Effective Date: December 30, 2022

AutoZone knows that you care how your information is used and shared. As part of our commitment to customer service, AutoZone strives to make you feel safe and comfortable doing business with us. While operating our business and interacting with you, we collect, use, and share personal information. We do so to process and fulfill your orders, to improve our in-store and digital offerings, to create consistent in-store and digital experiences for you, to protect the rights and information of our customers and our company, and for the other purposes disclosed in this Privacy Policy. AutoZone reserves the right to modify this Privacy Policy at any time in our sole discretion. If you have any questions, please contact us via the channels listed below.

## Scope of This Policy

This Privacy Policy describes the privacy practices of AutoZone, Inc. and its subsidiaries, affiliates, and other AutoZone companies that link to this Privacy Policy from their websites (collectively "AutoZone," "us," "we," "our"). It applies to the information we collect, use, and disclose when you interact with us, including, but not limited to when we provide you the following "Services":

- Use of our websites, including mobile websites – www.autozone.com, www.autozonepro.com, www.duralastparts.com (collectively "Websites")
- Use of our applications for mobile phones, tablets, or other smart devices – AutoZone mobile app or the AutoZone Pro mobile app (collectively "Apps")
- Visits to our domestic retail stores across the United States ("Stores")
- Purchase of our products, whether in-store or online through our Websites or Apps
- Phone and email communications with us
- Social media interactions on our websites and other third-party websites such as Facebook, Instagram, Snapchat, Twitter, YouTube, TikTok and Pinterest
- Viewing our online advertisements or emails
- Other services we may make available to you or that you request from us

This Privacy Policy also informs you about certain choices and rights you have associated with your information, and how you can manage the privacy of your Personal Information. For the purposes of this Privacy Policy, Personal Information means any information that identifies, relates to, describes, or can be reasonably linked or associated with a particular consumer or household.

The data collection and use practices for the AutoZone Websites are largely similar to how AutoZone collects customer information when you use the Apps or visit our Store locations. However, there may be some differences between how the App collects and uses your information, and how information is collected and used by the Websites or in Stores. These differences will be identified throughout this policy.

Please note that this Privacy Policy does not apply to the practices of third parties, including our third-party partners, service providers, and/or advertisers, even when those services are branded as, or provided on behalf of, AutoZone. When you access a third party's website through links on our Website, information collected from you by others on those third-parties' websites, are governed by those entities' privacy policies. Please read such third party's privacy policies carefully.

This Privacy Policy does not apply to the practices of ALLDATA LLC or our international subsidiaries and affiliates, such as ALLDATA Europe or ALLDATA Canada, AutoZone Mexico or AutoZone Brazil. You can find the applicable description of privacy practices by clicking on the links available on the websites operated by these companies, or by looking in the settings menus of their mobile applications.

**Information We Collect**

We may collect the following categories of information in order to provide our Services to you, to communicate with you about the services you have requested or that we think may be of interest to you, to enhance our products, services and operations, and for other operational, legal and compliance purposes:

**Identifier Information** that can be used to identify you such as your name, address, zip code, telephone number, email address, gender, age, date of birth, and information about your automobile (such as your Vehicle Identification Number ("VIN") and year). We may also collect your payment information such as credit card information and billing address when you buy products in our Stores and on our Website. However, your payment card information is passed securely to our payment card processor and is not stored by AutoZone. We may collect government-issued ID for certain types of transactions - but please provide government-issued ID information only if we ask you to. We will also collect your name, email address, telephone number, zip code and a password that you choose when you create an AutoZone Rewards account, personal "MyZone Account" on our Website or "My Account" account within the Apps. We may also collect online identifiers, such as your IP address, when you browse our Website or use our Apps.

**Commercial information,** such as products or services you purchased or considered purchasing, purchase history, products or services you like, reviews you submit, or where you shop.

**Business Information** for the AutoZone Pro Website & AutoZone Pro Mobile App. AutoZone Pro, its Website, App, and Services are business-to-business services provided to our commercial customers to help them meet their business needs. As such, much of the information that we collect from our AutoZone Pro customers relate to their business, including their business' name, address, zip code, telephone number, email address, financial account information to facilitate transactions with AutoZone Pro, vehicle information, and other information related to their business. Additionally, AutoZone Pro may need to collect information related to an individual's role within the company to fulfill an order or inquiry with AutoZone Pro, such as the individual's name, title, location, telephone number, email address, other contact information, information related to an "AutoZone Commercial" Account with the Website, and other information. We will also collect your email address and a password that you choose when you request an "AutoZone Commercial" account with the Websites.

**Device and Website Interaction Information** related to online activities such as browsing history, search history, website pages viewed and visit duration, App usage, and other details about your website interactions including full Uniform Resource Locators (URLs), clickstream information to, through, and from our Website (including date and time), services viewed or searched for; page response times, download errors, length of visits to certain pages, page interaction information (such as scrolling, clicks, and mouse-overs), or methods used to browse away from the page. We also collect device information, your IP address information, your browser or operating system information, login information, time zone setting, browser plug-in types and versions, mobile device type, or other information that relates to your interaction with our Websites or Apps. In some situations, this information may be used or combined in a way that it identifies you, your company, or your position within your company. In those situations, such information will be treated like Personal Information, as required under applicable laws.

**Geolocation data,** including precise geolocation data if you allow our application to collect it.

**Audio, electronic or visual information,** such as audio or video recording when you call us or when you come to our stores, but please note we may not be able to associate such recordings with you.

**Inferences or preferences** we learn or infer about you from other information we have collected about you.

**Statistical or aggregated information,** meaning Information that does not directly or indirectly reveal your identity or otherwise relate to an identified individual or household. Statistical or aggregated information does not directly identify a specific person, but we may derive non-personal statistical or aggregated information from Personal Information. For example, we may aggregate Personal Information to calculate the percentage of users accessing a specific Website feature.

**Personal Information Collected over the Last 12 Months:** AutoZone has not collected any other types of Personal Information in connection with our Services over the last 12 months.

**We do not knowingly collect or disclose personal information from children under the age of 16 without parental or guardian consent.** If a child under the age of 16 has provided us with personally identifiable information, we ask that a parent or guardian contact us so that the information can be deleted.

We may collect additional information from employees or job candidates through job applications, benefits enrollment, and payroll or direct deposit enrollment. We maintain a separate collection notice and privacy policy for employees and job applicants, which are available here.

**How We Collect Your Information**

AutoZone collects different types of information about you from a number of sources and in a variety of ways, including information you provide to us, information we automatically collect, information we obtain from other sources, including third parties (specified below), and information we derive or infer about you.

**Information You Provide To Us.** You may choose to give us information about you when you interact with us, in our stores or online. Examples include:

- You may provide your contact information when you purchase or return a product, or use a coupon or a Reward
- You may give us information about you by filling in forms on our Website or by corresponding with us by phone, email, through our interactive chat functions, surveys, or otherwise. This includes information you provide when you create an account; register for or subscribe to a Service; fill in forms on our Website; engage with us via text messaging, place an order, search for a service; or request further services. This also includes details of transactions you carry out through our Website or in stores, and the fulfillment of your orders
- You may be required to provide financial information before placing an order through our Website. We may also ask you for information when you report a problem with our Website
- For certain services we may require you to provide your name, email address or other contact information when you contact us with a question or comment
- If you establish a "MyZone" or "AutoZone Rewards" account with us, we may require you to provide your name, an email address and telephone number, and create a password to create your account. For more information on AutoZone Rewards, please click here.
- We will require you to provide your email address if you choose to sign up for our Duralast mailing list
- AutoZone Pro will chiefly collect Business Information to fulfill orders between AutoZone Pro and its commercial customers
- We will require you to provide your name, telephone number, zip code and other contact information when registering a warranty item
- Upload or share a photo, submit a request, submit information, or post other digital content through one of our websites, applications or via social media interactions on third-party websites including Facebook, Instagram, Snapchat, Twitter, YouTube, TikTok and Pinterest
- When you utilize our "Chat Now!" function about a customer service issue

**Information We Obtain When You Use Our Services:** We collect certain information from you through your use of our Services, such as App and Website usage data and other Device or Website Interaction Information. For example:

- in using our Websites and Apps, we may collect information about the device you use to log into, access, and use the Websites and Apps.
- We may collect other information in relation to how you use our Websites, Apps, or other Services (for example, aggregate metrics on how often certain pages on our Websites or Apps are accessed and viewed).
- We may ask you to provide your location information when you use our Apps or Websites, to provide store locations in proximity as well as certain App features and Services. You may choose to disable location tracking; however, certain functions of the Websites and Apps not work properly if you do not share your location.
- We may use other Device and Website Interaction Information such as aggregate data in relation to how you use our Websites, Apps, or other Services.
- We may collect generic network information to assure the proper optimization for Website and App functionality.

\* \* \*

**Information We Collect by Automated Means (Cookies & Tracking Data):** The Websites and Apps may use third party products and services to gather anonymous traffic statistics using cookies and web beacons. A cookie is a small piece of information stored on your device that helps the Websites, Apps and multiple servers recognize you. AutoZone and its third-party service providers may also use other tracking technologies such as pixels, or transparent GIF files, for app and web site management and user tracking.

Some of the cookies we use are "strictly necessary" for the functionality of our Websites and Apps. Others improve the functionality of our Websites and Apps but are not strictly necessary. Some cookies help improve the performance of our Websites and Apps (such as by gathering analytic data), while others help provide targeted services to you (like ads that you may be interested in). Examples of cookies we use include:

- **Session Cookies.** We use Session Cookies to operate our Services. Session cookies are temporary and are automatically deleted once you close your Internet browser.
- **Preference Cookies.** We use Preference Cookies to remember your preferences and various settings. Preference cookies are first party cookies that remain on your computer or device until you delete them, or they are otherwise removed upon expiration.
- **Third Party Cookies.** AutoZone permits third-party business partners, advertisers and other companies to use cookies or other similar technologies on our Website. These companies may collect your information, track your behavior on our Website or Apps, and gather information about your use of our Apps, Websites, and other online services over time and across different services. Additionally, some companies may use information collected to deliver targeted ads on behalf of us or other companies, including on other apps, websites, or online services. We are not responsible for the functioning of cookies and other technologies used and placed by third parties on your device.
- **Pixel Tags, Web Beacons, and Transparent GIFs.** Pixel tags and web beacons are tiny graphic images placed on Apps or Website pages or in our emails that allow us to determine whether you have performed a specific action. When you access these pages or open or click an email, the pixel tags and web beacons generate a notice of that action. These tools allow us to measure response to our communications and improve our web pages.
- **Other Technologies.** We collect many different types of information from other technologies to improve the quality of our Website and the Services we provide. For example, we may collect usage Data dand other information about the device you use to access our Apps and Websites, your operating system and/or mobile device type, browser type, domain, and other system settings, as well as the language your system uses and the country and time zone where your device is located. We may record the IP address of the device you use to connect to the Internet.

*See, e.g.*, https://www.autozone.com/lp/termsAndConditions#policyScope.

117.     On information and belief, AutoZone directly infringed at least claim 21 of the '950 patent in violation of 35 U.S.C. § 271(a) by making, using, selling, importing, and/or offering to sell the AutoZone Marketing Products and Services; and making, using, selling, selling access to, importing, offering for sale, and/or offering to sell access to the AutoZone Marketing System.

118.     Advanced Transactions has been damaged by AutoZone's infringement and suffered damages as a result of this infringement.

### Count IV – Infringement of United States Patent No. 7,979,057

119.     Advanced Transactions repeats, realleges, and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

120.     On information and belief, AutoZone (or those acting on its behalf) makes, uses, sells, imports and/or offers to sell the AutoZone Marketing Products, and Services; and makes, uses, sells, sells access to, imports, offers to sell and/or offers to sell access to the AutoZone Marketing System in the United States that infringe (literally and/or under the doctrine of equivalents) at least claim 1 of the '057 patent.

121.     On information and belief, one or more components of the AutoZone Marketing System employs and provides a method for processing negotiable economic credits, (*e.g.*, AutoZone Coupons, AutoZone Rewards, AutoZone Payment Wallet, AutoZone Gift Cards, *etc.*) through a wireless hand held device, (*e.g.*, a smart phone with the AutoZone App installed).





*See e.g.,* screenshots of the AutoZone iOS and Android Apps and features.

122.    On information and belief, one or more components of the AutoZone

Marketing System employs and provides a method for processing negotiable economic

credits through a wireless hand held device, comprising the step of storing a filter in a

memory of a hand held device, wherein the hand held device comprises a display, user controls, the memory, and a wireless controller, wherein the wireless controller is configured to communicate with a wireless network, (*e.g.*, a cellular data network, AutoZone in-store WIFI network, etc.) and wherein the filter is configurable via the user controls.





*See e.g.*, screenshots of the AutoZone iOS and Android Apps and features.

123.   On information and belief, one or more components of the AutoZone

Marketing System employs and provides a method for processing negotiable economic

credits through a wireless hand held device, comprising the step of receiving at least

one negotiable economic credit from the wireless network at the hand held device based

on the stored filter.





*See e.g.,* screenshots of the AutoZone iOS and Android Apps and features.

124.    On information and belief, one or more components of the AutoZone

Marketing System employs and provides a method for processing negotiable economic

credits through a wireless hand held device, comprising the step of storing the at least one negotiable economic credit in the memory of the hand held device.





*See e.g.,* screenshots of the AutoZone iOS and Android Apps and features.

125.    On information and belief, one or more components of the AutoZone

Marketing System employs and provides a method for processing negotiable economic

credits through a wireless hand held device, comprising the step of retrieving the at least one negotiable economic credit.





*See e.g.,* screenshots of the AutoZone iOS and Android Apps and features.

126.    On information and belief, one or more components of the AutoZone

Marketing System employs and provides a method for processing negotiable economic

credits through a wireless hand held device, comprising the step of transferring the at least one negotiable economic credit via the wireless network.





*See e.g.,* screenshots of the AutoZone iOS and Android Apps and features.

127.    On information and belief, AutoZone directly infringes at least claim 1 of

the '057 patent and is in violation of 35 U.S.C. § 271(a) by making, using, selling,

importing, and/or offering to sell the AutoZone Marketing Products and Services; and

making, using, selling, selling access to, importing, offering for sale, and/or offering to sell access to the AutoZone Marketing System.

128.    On information and belief, AutoZone has been on notice of the '057 patent since at least as early as the August 2022 Letter to AutoZone concerning AutoZone's infringement of the Patents-in-Suit.

129.    On information and belief, at least since August 17, 2022, AutoZone knowingly encouraged and continues to encourage, its customers to directly infringe one or more claims of the '057 patent, including by AutoZone's actions that include, without limitation, instructing and encouraging its customers to use the AutoZone iOS AutoZone iOS and Android Apps, including but not limited to the examples of such materials cited above.

130.    On information and belief, at least since the August 2022 Letter regarding the Patents-in-Suit, AutoZone knows the acts it induced its customers to take constitute patent infringement and AutoZone's encouraging acts result in direct infringement of one or more claims of the '057 patent by its customers.

131.    On information and belief, AutoZone instructs and continues to instruct customers to use the AutoZone's Marketing Products and Services including, without limitation, through AutoZone's website, which provides access to, and support for, the AutoZone iOS and Android Apps.

132.    On information and belief, AutoZone's customers directly infringe at least claim 1 of the '057 patent through their use of the AutoZone Marketing Products and Services.

133.    On information and belief, AutoZone is in violation of 35 U.S.C. § 271(b) and has been, at least since its August 2022 knowledge of the '057 patent, indirectly infringing and continues to indirectly infringe at least claim 1 of the '057 patent by knowingly and specifically intending to induce infringement by others (including, without limitation, AutoZone's customers) and possessing specific intent to encourage infringement by AutoZone's users of the iOS and Android Apps. The components of the AutoZone's Marketing Products and Services, including its iOS and Android Apps, are specifically configured to function in accordance with the '057 patent claims and are material parts of the invention.

134.    AutoZone's direct and indirect infringement has damaged Advanced Transactions and caused it to suffer and continue to suffer irreparable harm and damages.

### Count V – Infringement of United States Patent No. 8,150,736

135.    Advanced Transactions repeats, realleges, and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

136.    On information and belief, AutoZone (or those acting on its behalf) made, used, sold, imported and/or offered to sell the AutoZone Marketing Products and Services; and made, used, sold, sold access to, imported, offered to sell and/or offered to sell access to the AutoZone Marketing System in the United States that infringed (literally and/or under the doctrine of equivalents) at least claim 1 of the '736 patent.

137.    On information and belief, one or more components of the AutoZone Marketing System employs and provides a method in a computing system having a

processor, (*e.g.*, an AutoZone webserver) comprising the step of receiving a request for a web page, the request including a locale identifier value, the locale identifier value referencing a geographic location associated with a referral website and a language associated with a webpage of the referral website containing a link used to generate the request.





Shop AutoZone       Find Location

All AutoZone Stores  /  TX  /  Waco

# 2 WACO AUTO PARTS STORES NEAR YOU

**AutoZone Auto Parts Waco #1321**

1925 W Waco Dr
Waco, TX 76707

(254) 756-5533

**OPEN** - Closes at 9:00 PM

Get Directions      Visit Store Details

**AutoZone Auto Parts Waco #1567**

2611 N 18th St
Waco, TX 76708

(254) 753-0833

**OPEN** - Closes at 9:00 PM

Get Directions      Visit Store Details

## ABOUT AUTOZONE AUTO PARTS IN WACO, TEXAS

AutoZone is one of the largest retailers of aftermarket auto parts and accessories with over 6,000 stores available in the US. When searching for tools, accessories, or car parts in Waco, look no further than the closest AutoZone. The friendly AutoZoners at your local AutoZone auto parts store are standing by to provide great customer service and help you find the right parts at the right price.



Every AutoZone store in Waco offers free in-store services such as battery testing, battery charging, oil recycling, the Loan-A-Tool® program, and the FREE AutoZone AutoZone Fix Finder℠ Service — the most complete, free warning light report backed by the most robust database of technician solutions.

In addition to our free in-store services, you can Buy Online & Pick Up In-Store or Curbside or take advantage of our FREE Next Day Delivery on qualified purchases. No matter how you shop, you can always count on AutoZone for the right parts in Waco.



```
1   <!DOCTYPE html><html lang="en-US"><head><meta charSet="utf-8"/><meta
    name="viewport" content="width=device-width, initial-scale=1, shrink-to-fit=no,
    maximum-scale=1.0"/><script type="application/ld+json">{
2       "@context": "https://schema.org",
3       "@type": "Organization",
4       "name": "AutoZone",
5       "url": "https://www.autozone.com",
6       "logo": "https://www.autozone.com/images/az-logo-full.svg",
7       "contactPoint" : [
8           {
9               "@type" : "ContactPoint",
10              "telephone" : "+1-800-288-6966",
11              "contactType" : ["Sales","Customer Service"],
12              "contactOption" : "TollFree",
13              "areaServed" : "US",
14              "availableLanguage" : ["English", "Spanish"]
15          }
16      ],
17      "sameAs" : [
18          "https://en.wikipedia.org/wiki/AutoZone",
19          "https://www.facebook.com/autozone",
20          "https://twitter.com/autozone",
21          "https://www.youtube.com/user/AutoZone"
22      ]
23  }</script><script type="application/ld+json">{
24      "@context": "https://schema.org",
25      "@type": "WebSite",
26      "url": "https://www.autozone.com",
27      "potentialAction": {
28          "@type": "SearchAction",
29          "target": "https://www.autozone.com/searchresult?searchText=
    {search_term_string}",
30          "query-input": "required name=search_term_string"
31      }
32  }</script><link rel="preload" as="image" href="/images/az-logo-
    full.svg"/><link rel="preload" as="image" href="/images/signin.svg"/><link
    rel="preload" as="image" href="/images/az-cart-nav.svg"/><link rel="preload"
```

*See e.g.,* https://www.autozone.com/locations/tx/waco.html.

138.    On information and belief, one or more components of the AutoZone

Marketing System employs and provides a method in a computing system having a

processor, (*e.g.,* an AutoZone webserver) comprising the step of with the processor,

retrieving a version of marketing information identified by processing the locale

identifier value included in the request for the web page.



 *AutoZone*

Shop AutoZone          Find Location

All AutoZone Stores  /  TX  /  Waco

# 2 WACO AUTO PARTS STORES NEAR YOU

**AutoZone Auto Parts Waco #1321**

1925 W Waco Dr
Waco, TX 76707

(254) 756-5533

**OPEN** - Closes at 9:00 PM

Get Directions     Visit Store Details

**AutoZone Auto Parts Waco #1567**

2611 N 18th St
Waco, TX 76708

(254) 753-0833

**OPEN** - Closes at 9:00 PM

Get Directions     Visit Store Details

## ABOUT AUTOZONE AUTO PARTS IN WACO, TEXAS

AutoZone is one of the largest retailers of aftermarket auto parts and accessories with over 6,000 stores available in the US. When searching for tools, accessories, or car parts in Waco, look no further than the closest AutoZone. The friendly AutoZoners at your local AutoZone auto parts store are standing by to provide great customer service and help you find the right parts at the right price.



Every AutoZone store in Waco offers free in-store services such as battery testing, battery charging, oil recycling, the Loan-A-Tool® program, and the FREE AutoZone AutoZone Fix Finder℠ Service — the most complete, free warning light report backed by the most robust database of technician solutions.

In addition to our free in-store services, you can Buy Online & Pick Up In-Store or Curbside or take advantage of our FREE Next Day Delivery on qualified purchases. No matter how you shop, you can always count on AutoZone for the right parts in Waco.



*See e.g.,* https://www.autozone.com/locations/tx/waco.html.

139.    On information and belief, one or more components of the AutoZone Marketing System employs and provides a method in a computing system having a processor, (*e.g.*, an AutoZone webserver) comprising the step of with the processor, generating the requested web page to include information representative of the retrieved version of the marketing information.



 *AutoZone*

Shop AutoZone     Find Location

All AutoZone Stores  /  TX  /  Waco

# 2 WACO AUTO PARTS STORES NEAR YOU

**AutoZone Auto Parts Waco #1321**

1925 W Waco Dr
Waco, TX 76707

(254) 756-5533

**OPEN** - Closes at 9:00 PM

Get Directions     Visit Store Details

**AutoZone Auto Parts Waco #1567**

2611 N 18th St
Waco, TX 76708

(254) 753-0833

**OPEN** - Closes at 9:00 PM

Get Directions     Visit Store Details

## ABOUT AUTOZONE AUTO PARTS IN WACO, TEXAS

AutoZone is one of the largest retailers of aftermarket auto parts and accessories with over 6,000 stores available in the US. When searching for tools, accessories, or car parts in Waco, look no further than the closest AutoZone. The friendly AutoZoners at your local AutoZone auto parts store are standing by to provide great customer service and help you find the right parts at the right price.



Every AutoZone store in Waco offers free in-store services such as battery testing, battery charging, oil recycling, the Loan-A-Tool® program, and the FREE AutoZone AutoZone Fix Finder℠ Service — the most complete, free warning light report backed by the most robust database of technician solutions.

In addition to our free in-store services, you can Buy Online & Pick Up In-Store or Curbside or take advantage of our FREE Next Day Delivery on qualified purchases. No matter how you shop, you can always count on AutoZone for the right parts in Waco.



*See e.g.,* https://www.autozone.com/locations/tx/waco.html.

140.    On information and belief, one or more components of the AutoZone Marketing System employs and provides a method in a computing system having a processor, (*e.g.*, an AutoZone webserver) comprising the step of transmitting the generated web page.



   Shop AutoZone      Find Location

All AutoZone Stores  /  TX  /  Waco

# 2 WACO AUTO PARTS STORES NEAR YOU

**AutoZone Auto Parts Waco #1321**

1925 W Waco Dr
Waco, TX 76707

(254) 756-5533

**OPEN** - Closes at 9:00 PM

Get Directions      Visit Store Details

**AutoZone Auto Parts Waco #1567**

2611 N 18th St
Waco, TX 76708

(254) 753-0833

**OPEN** - Closes at 9:00 PM

Get Directions      Visit Store Details

## ABOUT AUTOZONE AUTO PARTS IN WACO, TEXAS

AutoZone is one of the largest retailers of aftermarket auto parts and accessories with over 6,000 stores available in the US. When searching for tools, accessories, or car parts in Waco, look no further than the closest AutoZone. The friendly AutoZoners at your local AutoZone auto parts store are standing by to provide great customer service and help you find the right parts at the right price.



Every AutoZone store in Waco offers free in-store services such as battery testing, battery charging, oil recycling, the Loan-A-Tool® program, and the FREE AutoZone AutoZone Fix Finder℠ Service — the most complete, free warning light report backed by the most robust database of technician solutions.

In addition to our free in-store services, you can Buy Online & Pick Up In-Store or Curbside or take advantage of our FREE Next Day Delivery on qualified purchases. No matter how you shop, you can always count on AutoZone for the right parts in Waco.



*See e.g.,* https://www.autozone.com/locations/tx/waco.html.

141.     On information and belief, AutoZone directly infringed at least claim 1 of the '736 patent in violation of 35 U.S.C. § 271(a) by making, using, selling, importing, and/or offering to sell the AutoZone Marketing Products and Services; and making, using, selling, selling access to, importing, offering for sale, and/or offering to sell access to the AutoZone Marketing System.

142.     Advanced Transactions has been damaged by AutoZone's infringement and suffered damages as a result of this infringement.

### Count VI – Infringement of United States Patent No. 8,175,519

143.     Advanced Transactions repeats, realleges, and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

144.     On information and belief, AutoZone (or those acting on its behalf) made, used, sold, imported and/or offered to sell the AutoZone Marketing Products, and Services; and made, used, sold, sold access to, imported, offered to sell and/or offered to sell access to the AutoZone Marketing System in the United States that infringed (literally and/or under the doctrine of equivalents) at least claim 22 of the '519 patent.

145.     On information and belief, one or more components of the AutoZone Marketing System employs and provides a method comprising the step of requesting at least one negotiable economic credit (*e.g.*, AutoZone Coupons, AutoZone Rewards, AutoZone Payment Wallet, AutoZone Gift Cards, *etc.*) through a wireless hand held device, (*e.g.*, a smart phone with the AutoZone App installed) using a hand held device.





*See e.g.,* screenshots of the AutoZone iOS and Android Apps and features.

146.     On information and belief, one or more components of the AutoZone Marketing System employs and provides a method comprising the step of receiving the at least one negotiable economic credit at the hand held device.





*See e.g.,* screenshots of the AutoZone iOS and Android Apps and features.

147.    On information and belief, one or more components of the AutoZone Marketing System employs and provides a method comprising the step of storing the at least one negotiable economic credit in a memory of the hand held device.





*See e.g.,* screenshots of the AutoZone iOS and Android Apps and features.

148.    On information and belief, one or more components of the AutoZone Marketing System employs and provides a method comprising the step of retrieving the at least one negotiable economic credit from the memory of the hand held device.





*See e.g.,* screenshots of the AutoZone iOS and Android Apps and features.

149.    On information and belief, one or more components of the AutoZone

Marketing System employs and provides a method comprising the step of sending the

at least one negotiable economic credit using the hand held device.





*See e.g.,* screenshots of the AutoZone iOS and Android Apps and features.

150.    On information and belief, one or more components of the AutoZone

Marketing System employs and provides a method comprising the step of after sending

the at least one negotiable economic credit, receiving, at the hand held device, a

message indicating a negotiable economic credit was utilized.





*See e.g.,* screenshots of the AutoZone iOS and Android Apps and features.

151.    On information and belief, AutoZone directly infringed at least claim 22 of

the '519 patent in violation of 35 U.S.C. § 271(a) by making, using, selling, importing,

and/or offering to sell the AutoZone Marketing Products and Services; and making,

using, selling, selling access to, importing, offering for sale, and/or offering to sell access to the AutoZone Marketing System.

152.    Advanced Transactions has been damaged by AutoZone's infringement and suffered damages as a result of this infringement.

## Count VII – Infringement of United States Patent No. 9,747,608

153.    Advanced Transactions repeats, realleges, and incorporates by reference, as if fully set forth here, the allegations of the preceding paragraphs above.

154.    On information and belief, AutoZone (or those acting on its behalf) makes, uses, sells, imports and/or offers to sell the AutoZone Marketing Products, and Services; and makes, uses, sells, sells access to, imports, offers to sell and/or offers to sell access to the AutoZone Marketing System in the United States that infringe (literally and/or under the doctrine of equivalents) at least claim 10 of the '608 patent.

155.    On information and belief, one or more components of the AutoZone Marketing System employs and provides a method comprising the step of an electronic, portable device, (*e.g.*, a smartphone with the AutoZone App installed) transmitting via a network connection, (*e.g.*, a cellular network connection, a AutoZone in-store WIFI connection, etc.) to a computer system, (e.g., a AutoZone server) a request for issuing a data structure corresponding to an account associated with the electronic, portable device.





*See e.g.,* screenshots of the AutoZone iOS and Android Apps and features.

156.    On information and belief, one or more components of the AutoZone

Marketing System employs and provides a method comprising the step of in response

to the request, receiving, by the electronic, portable device, via the network connection,

the data structure, wherein the data structure encodes information indicative of a particular item of negotiable economic credit (*e.g.*, AutoZone Coupons, AutoZone Rewards, AutoZone Payment Wallet, AutoZone Gift Cards, *etc.*) through a wireless hand held device, (*e.g.*, a smart phone with the AutoZone App installed) and further includes authentication information usable to authenticate the particular item of negotiable economic credit.





*See e.g.,* screenshots of the AutoZone iOS and Android Apps and features.

157.    On information and belief, one or more components of the AutoZone

Marketing System employs and provides a method comprising the step of detecting, by

the electronic, portable device, that a transaction has been initiated by a user for the

electronic, portable device.





*See e.g.,* screenshots of the AutoZone iOS and Android Apps and features.

158.   On information and belief, one or more components of the AutoZone

Marketing System employs and provides a method comprising the step of in response

to the detecting, the electronic, portable device transmitting, via the network

connection, the information indicative of the particular item of negotiable economic credit and the authentication information to a point-of-sale (POS) device, (*e.g.*, a point-of-sale device located in an AutoZone retail store location) and instructing the POS device to apply the particular item of negotiable economic credit to the transaction, wherein the POS device is one of a plurality of POS devices located in different establishments.





*See e.g.,* screenshots of the AutoZone iOS and Android Apps and features.

159.     On information and belief, one or more components of the AutoZone

Marketing System employs and provides a method comprising the step of receiving, by

the electronic, portable device, authentication information indicating that the particular

item of negotiable economic credit has been authenticated by the POS device and applied to the transaction.

160.    On information and belief, AutoZone directly infringes at least claim 10 of the '608 patent and is in violation of 35 U.S.C. § 271(a) by making, using, selling, importing, and/or offering to sell the AutoZone Marketing Products and Services; and making, using, selling, selling access to, importing, offering for sale, and/or offering to sell access to the AutoZone Marketing System.

161.    On information and belief, AutoZone has been on notice of the '608 patent since at least as early as the August 2022 Letter to AutoZone concerning AutoZone's infringement of the Patents-in-Suit.

162.    On information and belief, at least since August 17, 2022, AutoZone knowingly encouraged and continues to encourage, its customers to directly infringe one or more claims of the '608 patent, including by AutoZone's actions that include, without limitation, instructing and encouraging its customers to use the AutoZone iOS AutoZone iOS and Android Apps, including but not limited to the examples of such materials cited above.

163.    On information and belief, at least since the August 2022 Letter regarding the Patents-in-Suit, AutoZone knows the acts it induced its customers to take constitute patent infringement and AutoZone's encouraging acts result in direct infringement of one or more claims of the '608 patent by its customers.

164.    On information and belief, AutoZone instructs and continues to instruct customers to use the AutoZone's Marketing Products and Services including, without

limitation, through AutoZone's website, which provides access to, and support for, the
AutoZone iOS and Android Apps.

165.    On information and belief, AutoZone's customers directly infringe at least
claim 10 of the '608 patent through their use of the AutoZone Marketing Products and
Services.

166.    On information and belief, AutoZone is in violation of 35 U.S.C. § 271(b)
and has been, at least since its August 2022 knowledge of the '057 patent, indirectly
infringing and continues to indirectly infringe at least claim 10 of the '608 patent by
knowingly and specifically intending to induce infringement by others (including,
without limitation, AutoZone's customers) and possessing specific intent to encourage
infringement by AutoZone's users of the iOS and Android Apps. The components of
the AutoZone's Marketing Products and Services, including its iOS and Android Apps,
are specifically configured to function in accordance with the '057 patent claims and are
material parts of the invention.

167.    AutoZone's direct and indirect infringement has damaged Advanced
Transactions and caused it to suffer and continue to suffer irreparable harm and
damages.

### Count VIII – Infringement of United States Patent No. 10,783,529

168.    Advanced Transactions repeats, realleges, and incorporates by reference,
as if fully set forth here, the allegations of the preceding paragraphs above.

169.    On information and belief, AutoZone (or those acting on its behalf) made,
used, sold, imported and/or offered to sell the AutoZone Marketing Products, and

Services; and made, used, sold, sold access to, imported, offered to sell and/or offered to sell access to the AutoZone Marketing System in the United States that infringed (literally and/or under the doctrine of equivalents) at least claim 8 of the '529 patent.

170.    On information and belief, one or more components of the AutoZone Marketing System employs and provides a method comprising the step of storing, by an electronic, portable device, (*e.g.*, a smartphone with the AutoZone App installed) a data structure, wherein the data structure encodes information indicative of a particular item of negotiable economic credit ((*e.g.*, AutoZone Coupons, AutoZone Rewards, AutoZone Payment Wallet, AutoZone Gift Cards, *etc.*) through a wireless hand held device, (*e.g.*, a smart phone with the AutoZone App installed) and further includes authentication information usable to authenticate the particular item of negotiable economic credit.





*See e.g.,* screenshots of the AutoZone iOS and Android Apps and features.

171.   On information and belief, one or more components of the AutoZone

Marketing System employs and provides a method comprising the step of detecting, by

the electronic, portable device, that a transaction has been initiated by a user of the

electronic, portable device.





*See e.g.,* screenshots of the AutoZone iOS and Android Apps and features.

172.    On information and belief, one or more components of the AutoZone

Marketing System employs and provides a method comprising the step of in response

to the detecting, the electronic, portable device transmitting the information indicative

of the particular item of negotiable economic credit and the authentication information to a point-of-sale (POS) device, and instructing the POS device to apply the particular item of negotiable economic credit to the transaction such that a discount associated with the transaction is received by the user of the electronic, portable device.





*See e.g.,* screenshots of the AutoZone iOS and Android Apps and features.

173.     On information and belief, one or more components of the AutoZone

Marketing System employs and provides a method comprising the step of receiving, by

the electronic, portable device, a message indicating that the particular item of

negotiable economic credit has been authenticated by the POS device and applied to the transaction.

174.    On information and belief, AutoZone directly infringed at least claim 8 of the '5529 patent in violation of 35 U.S.C. § 271(a) by making, using, selling, importing, and/or offering to sell the AutoZone Marketing Products and Services; and making, using, selling, selling access to, importing, offering for sale, and/or offering to sell access to the AutoZone Marketing System.

175.    Advanced Transactions has been damaged by AutoZone's infringement and suffered damages as a result of this infringement.

## JURY DEMANDED

176.    Pursuant to Federal Rule of Civil Procedure 38(b), Advanced Transactions hereby requests a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

Advanced Transactions respectfully requests this Court to enter judgment in Advanced Transaction's favor and against AutoZone as follows:

a. finding that AutoZone has infringed one or more claims of the '555 patent under 35 U.S.C. §§ 271(a);

b. finding that AutoZone has infringed one or more claims of the '594 patent under 35 U.S.C. §§ 271(a);

c. finding that AutoZone has infringed one or more claims of the '950 patent under 35 U.S.C. §§ 271(a);

d.  finding that AutoZone has infringed one or more claims of the '057 patent under 35 U.S.C. §§ 271(a) and (b);

e.  finding that AutoZone has infringed one or more claims of the '736 patent under 35 U.S.C. §§ 271(a);

f.  finding that AutoZone has infringed one or more claims of the '519 patent under 35 U.S.C. §§ 271(a);

g.  finding that AutoZone has infringed one or more claims of the '608 patent under 35 U.S.C. §§ 271(a) and (b);

h.  finding that AutoZone has infringed one or more claims of the '529 patent under 35 U.S.C. §§ 271(a);

i.  awarding Advanced Transactions damages under 35 U.S.C. § 284, or otherwise permitted by law, including supplemental damages for any continued post-verdict infringement;

j.  awarding Advanced Transactions pre-judgment and post-judgment interest on the damages award and costs;

k.  declaring that AutoZone has willfully infringed one or more claims of the Patents-in-Suit;

l.  awarding treble damages pursuant to 35 U.S.C. § 284 as a result of AutoZone's willful conduct in relation to one or more claims of the Patents-in-Suit;

m.  declaring that this case is exceptional and awarding costs of this action (including all disbursements) and attorney fees pursuant to 35 U.S.C. § 285, or as otherwise permitted by the law; and

n.  awarding such other costs and further relief that the Court determines to be just and equitable.

Dated: April 12, 2023                Respectfully submitted,

*/s/ Zachary H. Ellis*
Zachary H. Ellis*
Texas State Bar No. 24122606
zellis@daignaultiyer.com
Tel. 512-829-7992


*Of Counsel:*
Oded Burger (*pro hac vice* to be filed)*
Tedd W. Van Buskirk (*pro hac vice* to be filed)*
oburger@daignaultiyer.com
tvanbuskirk@daignaultiyer.com
**DAIGNAULT IYER LLP**
8618 Westwood Center Drive - Suite 150
Vienna, VA 22182

*Attorneys for Plaintiff Advanced Transactions LLC.*

*Not admitted to practice in Virginia